United States District Court
Northern District of Ohio
Eastern Division

| | |
|---|---|
| Adam Evans | Case no. 1:19CV 2870 |
| Plaintiff | |
| **FILED** | Judge: Gwin |
| APR 17 2020 | |
| Vs. | |
| CLERK, U.S. DISTRICT COURT NORTHERN DISTRICT OF OHIO CLEVELAND | |
| Annette Chambers-Smith, et al., | Motion for L.R. 83.10 |
| Defendants | Assignment of |
| | Pro Bono Counsel |

Now comes the Plaintiff - Adam Evans (in propia personai as an indigent state prisoner proceeding in forma pauperis asks this court pursant to (L.R. 83.10) to grant Assignment of Pro Bono Counsel.

Plaintiff is currently inearcerated on transisonal Control (O.R.C. 2967.26) at Community Restoration Center, INC of Stark County (CRC) with no access to law books, law library, library, internet access or case law research and am not allowed to leave the facility to aquire the resources on my own Per CRC and ODRC policies and am unable to adequately represent myself Pro Se

I am certified by this Court Pro Se; indigent already, proceeding in forma pauperis and I re-submit my indigency affidavit for this purpose.

Respectivly submitted By:
S/ Adam Evans
Date: 4-15-20

State of Ohio )          SS; Affidavit of indigency
Stark County )

I the affiant Adam Evans being duly sworn (in compos mentis) Do hereby depose;—

1) My date of birth is; October 11, 1974, The last 4 digits of my Social security number is ···· #6690

2) I am Incarcerated at Community Restoration Centers, INC. of STark County OH my prison ID# is A761655

3) I am legally indigent and unemployed without any income. I have no money, no mean, no assets to retain Counsel to represent me.

Wherefore by affixing my signature hereto, I certify That all Statements are true under caution of penalties for perjury

Further Affiant Sayeth naught

Sworn to by;
S/ Adam Evans
Adam Evans
4-15-20

Notary
Sworn to and subscribed before me on this ____ Day
of _____ 2019

Note; I was unable to obtain
a notary due to CRC and ODRC          S/ _____
"Policy" please accept this          Notary public
affidavit with out it.

Adam Evans 761655
CRC
1432 E. Tuscarawas St.
E. canton OH
44707

Office Of the Clerk
United States District Court
Northern District of Ohio
Carl B. Stokes United States Court House
801 W. Superior Avenue
Cleveland OH  44113

Legal
Mail