IN THE UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF OHIO

EASTERN DIVISION

Adam Evans

v.

Anette Chambers-Smith ET, AL.

_____/

FILED
JAN 28 2020
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF OHIO
CLEVELAND

Case No.1:19-CV-2870

AFFIDAVIT OF ADAM EVANS ABOUT LOR.C.I. STAFF AND OFFICALS DENING

ME ACCESS TO BOTH THE JPAY AND FORMS TO COMPLETE THE

INMATE GRIEVANCE PROCEDURE

**********************************************************************
*

BEFORE ME, Adam Evans , being duly sworn and under oath states the following: I have personal knowledge of the facts in this affidavit and I am competent to testify . My date of birth is ▮▮▮▮1974. My inmate # was a761655. The last 4 # of my SS # is 6690.

1) arrived in Lor.C.I. on 4/4/2019 and assigned to cellblock 4/c .

2) On or about 4/18/2019 I was transferred to cell block 8b.Cellblock 8b has 1 jpay kiosk located next to the correction officer's desk. Inmates couldn't access the jpay unless giving permission from a correction officer or staff.

1

3) On 4/22/2019A corrections officer gave me a bar of state soap with staples imbedded in it out of the drawer of the desk in between where 2 guards are normally seated.

4) I was denied doing a grievance by the 1st shift correction officer working cell block 8b on 4/22/2019 right after the unconstitutional acts were committed to me.

5) I was denied doing a grievance by Sgt Nottingham after another bar of soap with staples embedded it was found in the correction officers' desk drawer.

6) On 4/25/2019 I had to be taken to the mental health clinic to see Mrs. Stevenson (LISW)due to my mental state because of my frustrations from being denied starting the inmate grievance procedure Mrs. Stevenson ordered Sgt. Nottingham to let me on the jpay to start the inmate grievance procedure.

7) I was put on jpay restrictions on 4/25/2019 for 2 weeks and could not get on jpay to follow the inmate grievance procedure. Correction officers and staff have total control. of inmates' access to the inmate grievance procedure.

8) The next time I was granted permission to access the jpay was 6/12/2019 weeks past the deadline to respond to the supervisor's determination of the step 1 grievance.

9) Lor.c.i. guards, supervisors, staff, and officials would not allow me access to the Jpay or give me the proper forms to effectively complete all 3 steps of the inmate grievance. procedure. after several requests to numerous staff members verbally and written in

kites

10)I made a diligent effort to obtain the forms and to use the jpay to access the

grievance system to stay in compliance with the time requirement of the inmate.

grievance procedure.

11)I wrote several kites to the prison administrators about this and they did nothing to

correct the problem.

14) Correction officers and staff have total control of an inmates' access to 43the

inmate grievance procedure.

12)The defendants were cellblock 8b 2nd shift regular officer. They controlled inmates.

access to the jpay while they were on duty.

13)The defendants ran 1 of our 2 inside weekly inside recreation time.

14) The inmate grievance procedure was made unavailable to me by the correction officers and

prison administrators thwarting my diligent effort to exhaust administrative remedies.

15)more time is needed to deposition and complete discovery or obtain discovered information

from defendants.

16)I have not received any of the discovery I requested from the defendants.

17) More time is needed to locate witnesses to get affidavits from witness including but not limited to Robert Henthorn a material witness to support facts of prison staffs denying me access to grievance and oppose defendants' motion for summary judgement.

Wherefore by affixing my signature hereto, I certify all my statements are true under caution of the penalties for perjury.

Sworn to by: _[signature]_    Date: 1-25-21

Adam Evans

3339 Townsend St.NW

Uniontown OH 44685

State of __Ohio__, County of __Summit__

The foregoing instrument was sworn to and affirmed and subscribed before me this

3 / 4

__25th__ day of __January__, __2021__, by __Adam Evans__, who has produced

__Drivers License__ as identification.

Signature: _[signature]_

Printed Name: __Kristen Hendershot__

KRISTEN HENDERSHOT
Notary Public, State of Ohio
My Commission Expires:
September 17, 2025

Adam Evans
3339 Townsend St.nw
Uniontown OH 44685




1000    44113

U.S. POSTAGE PAID
FCM LG ENV
AKRON, OH
44312
JAN 25, 21
AMOUNT
$2.00
R2304M115120-25

Office of the Clerk
U.S. DistrictCourt Northern District
of Ohio
Carl B. Stokes Court House
801 W. Supewrior Ave
Cleveland OH   44113