# IN THE UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF OHIO
### EASTERN DIVISION

**Adam Evans,**

                Plaintiff,

      v.

**Annette Chambers-Smith, et al.,**

            Defendants.

**Case No. 1:19-cv-2870**

**Judge Calabrese**

**Magistrate Judge Parker**

## DECLARATION OF CHRIS MILLER

I, Chris Miller, pursuant to 28 U.S.C. § 1746, make this unsworn declaration under penalty of perjury and declare that the statements below are true:

1. I have personal knowledge of the facts in this Declaration. I am competent to testify about these facts.

2. I have been employed as the Warden's Assistant at the Lorain Correctional Institution ("LorCI") for more than five years.

3. As the Warden's Assistant, I serve as the Public Information Officer. In this capacity I am a custodian of LorCI records regarding such things as inmate orientation, the iterations of the inmate handbook, and the prison's three-step grievance system.

4. In September 2017, the prison's grievance system was transitioned from using paper grievance forms to an all-electronic grievance system using JPay.

5. Nineteen months later, on April 4, 2019, Inmate Evans arrived at LorCI.

6. In 2018, prior to inmate Evans' arrival, LorCI revised its inmate handbook so as to inform inmates on how to file a grievance using the new electronic system by accessing the kiosk machines located in all housing units.

7. When handbooks are revised, the previous editions are collected and destroyed. Accordingly, only the updated versions of the inmate handbook are distributed to inmates at orientation.

8. Attached to this Declaration is a true and accurate copy of the 2018 Lorain Correctional Institution Inmate Handbook which has been kept in the ordinary course of business. Differing from previous versions, the 2018 handbook not only advises inmates that the resident grievance process is now electronic, but also that the electronic grievance process is not a kite.

9. The 2018 handbook also provides detailed instructions on how to navigate the new resident grievance process, not only by electronically initiating an Informal Complaint, but also by following it up electronically with a Notice of Grievance and, if the issue is still not resolved, by filing an Appeal to the Chief Inspector.

10. The 2018 handbook also advises that Direct Grievances, filed with the Chief Inspector, are only for issues directly concerning the Inspector or Warden and that any other issues must be properly addressed through the normal three-step grievance process.

11. Not only was inmate Evans given a copy of the revised 2018 Lorain Correctional Institution Inmate Handbook, including relevant time periods and waivers thereof, he also signed for it on April 4, 2019. Attached to this Declaration is a true and accurate copy of inmate Evans' signed Inmate Orientation Checklist confirming his receipt of the 2018 Inmate Handbook which has been kept in the ordinary course of business.

12. Moreover, during orientation inmate Evans also received both verbal and written instructions on the prison's new grievance system, directions for which he also signed on April 4, 2019. Attached to this Declaration is true and accurate copy of inmate Evans' signed Inmate Orientation Checklist confirming that on April 4, 2019 he was given both verbal and written explanations regarding the new inmate grievance system which has been kept in the ordinary course of business.

13. Subsequently, on April 24, 2019, inmate Evans received a Conduct Report for disobeying an order and disrespecting an officer. Attached to this Declaration is a true and accurate copy of the Conduct Report which has been kept in the ordinary course of business.

14. As a consequence of these infractions, inmate Evans was restricted from JPay for two weeks, from April 25 to May 9, 2019. Attached to this Declaration is a true and accurate copy of the Decision of the Rules Infraction Board restricting inmate Evans from JPay for two weeks, from April 25 to May 9, 2019, which has been kept in the ordinary course of business.

2

15. Even if on a JPay restriction, an inmate can use JPay to file a grievance so long as he specifically informs the officer that the reason he needs to access the kiosk is to exhaust his administrative remedies. Thus, Inmate Evans would have had no reason to ask for paper grievance forms while on a JPay restriction since he would have been directed to use the kiosk to file his grievance electronically.

16. A review of inmate Evans grievance records shows that he filed no Informal Complaint using a paper form while incarcerated at LorCI.

17. Nor, according to inmate Evans' grievance records, did he ever request a waiver from the Inspector in order to file a Notice of Grievance regarding his claims against Corrections Officers Smith and/or Corbitt.

2/9/21
Date

Chris Miller
Warden's Assistant

3

**Defendants' Exhibit A (Page 3 of 61)**

# Lorain correctional institution

## Inmate handbook



2018

# Kimberly clipper, warden

**Defendants' Exhibit A (Page 4 of 61)**

# LORAIN CORRECTIONAL INSTITUTION

# INMATE HANDBOOK
## Table of Contents

| | | | |
|---|---|---|---|
| Institutional Address | 2 | JPAY | 28 |
| Mission | 2 | Kites | 29 |
| Introduction | 2 | Laundry | 29 |
| Directions to Institution | 3 | Law Library / Library | 30 |
| Key Staff Positions | 4 | Mail | 31 |
| ADA-Americans with Disabilities Act | 4 | Medical Services | 33 |
| Cash Slips | 5 | Mental Health | 36 |
| Cashier's Office | 6 | Ohio Penal Industries (OPI) | 37 |
| Classification | 7 | Parole Board | 37 |
| Commissary | 7 | Passes | 39 |
| Contraband | 8 | Prison Rape Elimination Act (PREA) | 39 |
| Count | 9 | Program Assignments | 43 |
| Disciplinary Process | 9 | Property Control | 43 |
| Dress Code | 16 | Quartermaster | 44 |
| Education Department | 16 | Records Office | 45 |
| Food Service | 18 | Recovery Services | 45 |
| Grievance Procedure | 19 | Recreation | 46 |
| Grooming | 23 | Re-Entry | 46 |
| Housing Unit Rules | 24 | Religious Services | 47 |
| Identification Bade (ID) | 27 | Safety / Fire | 48 |
| Inmate Groups | 27 | Unit Management Staff | 49 |
| Job Assignment / State Pay | 27 | Visiting | 50 |

**Defendants' Exhibit A (Page 5 of 61)**

# LORAIN CORRECTIONAL INSTITUTION
## 2075 S. AVON-BELDEN RD.
## GRAFTON, OHIO  44044
## (440)748-1049

# INMATE HANDBOOK

## Ohio Department of Rehabilitation and Correction

**Mission Statement:** To reduce recidivism among those we touch.
**Vision Statement:**  To reduce crime in Ohio.

### From Warden Clipper

The information in this handbook is intended to help you during the reception process.  You will be involved in a variety of tests and assessments ranging from educational to medical.  This will determine your needs and help to identify your placement, level of care and programs through-out your rehabilitative process.

This handbook will also provide you with information about the different departments within the institution and provide you with general information that should help you to adapt to the rules and procedures of this facility.  You should refer to this handbook, the unit rules, and the Administrative Regulations (commonly called AR's) when you need information.  Administrative Regulations and most department policies can be found in the Library for you to read.

Soon after you arrive at the Lorain Correctional Institution you will receive an orientation.  Staff will inform you of the rules and regulations of the institution. It is important to listen during the presentation as most questions are answered at this time.

This handbook has been lent to you while you are at Lorain Correctional Institution and is your responsibility.  If the handbook is lost or damaged because of your negligence, you shall be subject to disciplinary action and will be made to pay for the replacement of the handbook.  This handbook must be returned to your unit correctional officer after you are moved into general population.  You will stay here until you leave to go to your parent institution.  See your unit staff if you have questions about your transfer.  We do not control transfers and cannot tell you when you will transfer.

Interpreters will be made available to inmates who are not fluent in English. Let a staff member know if you are having difficulty reading, communicating or understanding information.

You are responsible for your own actions.  The decisions and the choices that you make will allow you to progress though rehabilitation to independence.  You may be subject to sanctions and/or loss of privileges should you fail to make responsible decisions and/or choices.  Your behavior will determine the level of privileges lost or your behavior will determine your successful return to community.

Warden Kimberly Clipper

Defendants' Exhibit A (Page 6 of 61)

## Drug Free Environment

Lorain Correctional Institution has zero tolerance for the use of illegal drugs or other intoxicants by inmates. You can expect to be periodically tested to determine whether you have used illegal drugs or intoxicants in the recent past. You can expect periodic searches of your property and housing area. If it is determined that you have used or possessed illegal drugs or other intoxicants, you may be placed in the Transitional Programing Unit. You can also expect to have minimal privileges which will include limited movement, no visits from friends or family and minimal commissary privileges.

## DIRECTIONS TO LORAIN CORRECTIONAL INSTITUTION

- South / Columbus – Take I -71 North to State Route 83 (Lodi). Take State Route 83 north approximately 25 miles. The institution will be on the right.

- East / West – Take I-90 (Route 2) to exit 153 (State Route 83). Go south on State Route 83 approximately 15 miles. Institution is on the left side of State Route 83.

- Ohio Turnpike – Go to exit 152. Go west on State Route 83 approximately 2 miles. Turn left, south on State Route 83 approximately 3 miles. Institution is on the left side of State Route 83.

- Akron / Canton – Take I-77 North to State Route 83 North (Litchfield, Ohio). Continue approximately 10 miles. The institution is on the right side of State Route 83.

- Cleveland – Take I-71 South to I-480 west. Continue to State Route 10 west. Get off on the 1st exit on State Route 10 (North Ridgeville / State Route 83). Make 2 left hand turns at stop signs to get to State Route 83, at the traffic light; make a right onto State Route 83. The institution is approximately 3.5 miles on the left side of State Route 83.

## PRIVATE TRANSPORTATION COMPANY CONTACTS

- Cabbie Bill Anderson – (216) 385-4447 (Cuyahoga County)
- G-Mom Transportation – (406) 356-6691 (Cuyahoga County)

3

# KEY STAFF POSITION DESCRIPTIONS

**WARDEN:** Responsible for the overall operation of the facility; direct supervisor of all deputy wardens and administrative assistants.

**DEPUTY WARDEN OF OPERATIONS:** Direct supervisor of the unit management administrator, reception, chief of security (major), maintenance and recreation.

**DEPUTY WARDEN OF ADMNSTRATION:** Responsible for the overall fiscal management of the facility, Food Service, Cashiers' Office, Business Office, Commissary, Religious Services, Quartermaster, Maintenance, Recovery Services, Education Department, Medical Department, Mental Health Services, Warehouse, and Network Administration.

**ADMINISTRATIVE ASSISTANT TO WARDEN:** Acts as Warden's designee assigned to various committees and projects. Reviews dispositions of Rules Infractions Board, hears RIB appeals and appeals for Local and/or Administrative Control placement.

**INSTITUTION INSPECTOR:** An administrative assistant to the Warden; oversees the inmate complaint and grievance procedure and advises the Warden on policy issues.

**INSTITUTION INVESTIGATOR:** An administrative assistant to the Warden; investigates criminal activity within the facility, works with the Ohio Highway Patrol investigator, monitors inmate telephones and mail, and advises the Warden on [possible or actual] criminal matters.

**MAJOR:** Chief security officer who supervises the shift captains and administrative captain, locksmith and mailroom.

**UNIT MANAGEMENT CHIEF:** Responsible for unit programs and operations within the facility, supervises the unit managers.


# AMERICANS WITH DISABILITIES ACT OF 1990 (ADA)

**What is the Americans with Disabilities Act (ADA)?**

It is a federal law that guarantees people with disabilities the same opportunities as everyone else when it comes to earning a living, using public accommodations, traveling by bus, rail, etc., communicating by phone, and taking advantage of state and local programs and services.

**Who is protected by ADA?**

Any person who has a **physical** or **mental** impairment that substantially (seriously) limits one or more major life activities (walking, seeing, hearing, speaking, breathing, learning, working, doing manual tasks, or caring for oneself), **has a record of such an impairment** (i.e., a person who has a record of being treated for a mental illness), **or is regarded as having an impairment** (i.e., a person who has extensive scars from burns but has no limitation). An individual with a **minor impairment** is not protected under ADA. A minor impairment does not limit at least one major life activity.

**Defendants' Exhibit A (Page 8 of 61)**

**Evaluation/Identification of inmates with disabilities- DRC policy 64-DCM 02:**

In reception all inmates are initially screened in R & D on the day of admittance and then on the following morning receive a more complete medical examination that includes screening for vision, hearing, mobility, medical, mental health, and mental retardation impairments.

If you are identified with a functional limitation, a special form is completed and this information is entered into DOTS by the medical secretary. During the assessment phase, education and mental health testing will document any other limitations.

**What does this mean for the inmate population?**

It means that no inmate shall be denied access to any **programs** or **services** because of disability. The inmate must meet the same program criteria to be admitted into the program as any other inmate. Services shall be available to each inmate regardless of any disability.

Any inmate requiring a **reasonable accommodation** to attend a program or to have access to services shall be provided the accommodation based on his needs.

**What is a reasonable accommodation?**

Any change or adjustment to an environment that permits a qualified person with a known disability to participate in a job or to enjoy the benefits and privileges of programs or services as an equal to everyone without a disability. This accommodation should not impose undue hardship on the institution.

**Examples of accommodation:**

- Visually impaired - readers, large print material, magnifiers, books on tape or Braille materials.
- Hearing impaired - hearing aids, amplifiers, visual repetition of audio announcements and closed caption TVs, TTYs, visual fire alarms, interpreters.
- Other – ramps, elevators, handrails in showers and along stairways, seating in long hallways and in locations of long lines, providing programs in accessible areas.

**Procedure for inmate to request an accommodation:**

1. Kite the ADA coordinator. Signs are posted in each living area with the name of that staff.
   The ADA coordinator will schedule an interview with the offender.

2. ADA policy will be reviewed and an ADA accommodation form will be provided to eligible offenders during the interview.

3. The accommodation request will be considered based upon security concerns and the individual's actual needs **as verified by medical staff**. The accommodation may be approved/disapproved in full or part or an alternative accommodation may be provided.

4. The inmate will be notified on an ADA Coordinator Action Form within 10 working days. If the inmate disagrees with the decision, he/she may appeal to the Special Needs Assessment Committee in care of Central Office ADA Coordinator for inmates (chief inspector).


## CASH SLIPS

You may request that a reasonable amount of personal funds be sent (in the form of a check) to any entity other than an unapproved source. An unapproved source is anyone that is not an approved visitor.

5

Requests for funds to be sent to an unapproved source are subject to the approval of the Warden or the Warden's designee.

Cash slips are issued and witnessed by unit staff. All cash slips for $100.00 dollars or more must receive the approval of the Warden or Warden's designee. You may not sign a cash slip unless you have sufficient funds to cover it. Signing a cash slip without sufficient funds may result in disciplinary action. All information on the cash slip must be legible.

Kite the Cashier's Office if you feel there is an error on your account. Be sure to include all facts available as to why you feel there is an error and the amount in question. A good place to start would be your last Commissary balance.

**LEVEL 2 MENTOR, CADRE AND LEVEL 2 GENERAL POPULATION INMATES:**

State pay is put in your personal account each month. Check the housing unit bulletin board for the date. Inmate payroll is addressed in A.R. 5120-3-2. The Cashier's Office is only responsible for posting your earned dollar amount. If you have a question about your state pay, kite the cashier or your unit manager.

Cash slips for inmate organizations and activities are issued and approved by the staff person responsible for that activity and will be deducted the next state pay. All information on the cash slip must be legible.

## CASHIER'S OFFICE

The Cashier's Office processes incoming and outgoing funds for all inmate accounts according to Administrative Rule 5120-5-02 Inmate Funds and Administrative Rule 5120-9-33 Packages and Property Restrictions.

You may receive funds from individuals who are approved visitors on your visitor list. Funds can be put on your books by kiosk deposit, online, or money order, via J-Pay.

Deposits may be made online at www.connectnetwork.com using debit card or credit cards. Once again the approved visitor will be required to enter their ID information. There is an option of putting funds on your Trust account or on an established phone account. Phone time can also be purchased at the Commissary.

Money orders may be sent to the following address: J-Pay Lockbox, P.O. Box 277810 Miramar, FL 33027. When sending a money order, a payment coupon and a copy of the approved visitor's ID must be included with the money order each and <u>EVERY</u> time. Payment coupons are available from the J-Pay website, www.jpay.com. If the payment coupon and/or copy of the ID are not included, J-Pay will return the money order to the sender.
These deposit services are provided by an outside company. There are fees that will apply with each transaction.

Your account may be garnished to pay child support and/or court cost obligations when so ordered by the court jurisdiction.

**Defendants' Exhibit A (Page 10 of 61)**

**Cashier's Office is not responsible for any transactions through JPay, Offender Connect, telephone deposits.** All family/friend assistance for these transactions must be made through the company(s).

**JPAY**
**P.O. BOX 277810**
**MIRAMAR, FL 33027**
**1-800-574-5729**
www.jpay.com

**Or**

**OFFENDER CONNECT:**
**PHONE DEPOSITS INTO PERSONAL FUND:**
**1-877-650-4249**
www.offenderconnect.com

## CLASSIFICATION

It will take approximately six (6) to eight (8) weeks for your security level and institutional classification to be entered from the date of your admission. You will find this information on the Kiosk. All inmates will be assigned as a Level 3 until their classification is completed and entered into the computer. If you want to appeal your classification you must do so within five (5) days of receipt of your notification and in writing to the following:

**The Chief of the Bureau of Classification**
**4545 Fisher Rd-Suite D**
**Columbus, OH 43228**

You cannot request for a hardship while you are in Reception-Lorain Correctional Institution is a Reception Center. Once you are at your parent institution after nine (9) months, you may file a formal, written request to transfer through your Case Manager.

## COMMISSARY

Lorain Correctional Institution operates an inmate commissary according to Administrative Rule 5120-5-05. Shopping at commissary is a **privilege,** and any misuse or abuse of the rules and regulations concerning the commissary could lead to disciplinary action and loss of shopping privileges. You are allowed to shop once per week on your units' assigned day.

- Level 2 Cadre, Protective Control and Mentor inmates may spend $100 per week/$400 per month.
- Reception inmates Level 1 & Level 2 may spend $100 per week / $400 per month.
- Reception inmates Level 3 may spend $75 per week / $300 per month.
- Reception inmates Level 4 may spend $62.50 per week / $250 per month.
- Reception inmates Level ET may spend $170 per month / $85 twice a month.
- Reception inmates Level E may spend $80 per month / $40 twice a month.

**Defendants' Exhibit A (Page 11 of 61)**

Inmates may spend over their limit when including special items that include radios, batteries, envelopes etc.  If state pay does not register before commissary sheets are printed, it will not show on the slips.

The commissary slips are printed the day before you shop in the morning and brought to your unit. You are to fill it out and turn it in during the 4 pm count that day.  Officers will collect them during that count.  The orders are filled and brought to the pod for delivery the next day.  If you are not present when commissary is delivering, your property will be secured with your pod officer, who will give it to you upon your return.

Commissary does NOT deal with balances.  If you feel you have a discrepancy with your money, you are to kite the cashier.  You will not shop if you have less than $1 on your account.  You can only shop for how much money is on the label.

Your commissary slips MUST be filled out correctly and **clearly**!  If it is not, it is up to the discretion of the commissary staff on how or if the order will be processed.  DO NOT tamper with labels.  That is an automatic loss of shopping privilege for that week.  Any issues with commissary will be brought to the attention of the commissary staff when they make their post-shop rounds in the unit.  When the commissary staff exits the unit, you are done for that week.

For Level 2 Mentors or Level 2 Cadre inmates, items that need titled will be tagged and sent to the vault officer for titling after the purchase.  You will receive a pass when the item(s) is/are ready for pickup.

**Prices are subject to change without notice. The commissary cannot guarantee a supply of all items, all day.**

## CONTRABAND

There are two types of contraband as defined in Administrative Rule 5120-9-55:  Major and Minor.

### MAJOR CONTRABAND
Any item(s) possessed by an inmate which, by its nature, use, intended use or possesses a threat to the security or safety of inmates, staff and public; or disrupts the orderly operation of the facility.  Any item referred to in Section 2921.26 of the Ohio Revised Code shall also be considered major contraband.

### MINOR CONTRABAND

Item(s) considered contraband under this rule may be taken away and destroyed according to Administrative Rule 5120-9-55.  This includes:

- Item(s) possessed by an inmate without permission.
- Item(s) found where the location is improper.
- Allowable item(s) found to be over the possession limit.
- Item(s) in which the manner or method by which it was obtained was improper.
- Allowable item(s) possessed by an inmate in an altered condition.

**Defendants' Exhibit A (Page 12 of 61)**

## INMATE COUNT

The inmate population at LorCI is formally counted at several designated times each day.  In addition to these formal counts, the count procedure shall also be done at any time it is deemed necessary by supervisory staff.
Count is announced before beginning the actual counting process.  At the time of the announcement, you are to go to your cell and stay on your bed in such a position that can be clearly seen by the officer doing the count.  During standing counts you will stand in clear view next to your bed.

Nothing is to hang on the end of the bed facing the cell door.  The officer's view must be clear; nothing may block his/her view.  During counts you are not to cover yourself in any way that would block the officer from seeing you.  The counting officer must be able to verify that he/she is counting a breathing human body.

If you are not in clear view of the officer doing the count, the officer may use a flashlight, overhead light, and/or physical contact to make sure you are there. The officer will ask you to uncover a portion of your body. **You will remain in your cell until the count clear signal is given.**

If you try to hide yourself or do anything to disrupt the count procedures, you will be subject to serious disciplinary action.


## DISCIPLINARY PROCESS

It is the policy of Lorain Correctional Institution and the Ohio Department of Rehabilitation and Correction that discipline be imposed in a manner and degree to the extent necessary to achieve corrective behavior.  Disciplinary action will not be imposed on any inmate until a hearing is held where the accused inmate is given the chance to defend himself.

A guilty finding shall be based on some evidence that the inmate did knowingly break a rule of conduct. Administrative Regulation 5120-9-06 "Rules of Conduct" establishes 61 rule violations.


I.    **RULES OF CONDUCT**

   A.  **ASSAULT AND RELATED OFFENSES:**

      1.  Causing or attempting to cause the death of another.

      2.  Hostage taking, including any physical restraint of another.

      3.  Causing or attempting to cause serious physical harm to another.

      4.  Causing or attempting to cause physical harm to another.

      5.   Causing or attempting to cause physical harm to another with a weapon.

      6.  Throwing, expelling, or otherwise causing a bodily substance to come in contact with another.
      7.  Throwing any other liquid or material on or at another.

9

### B.  THREATS

8.  Threatening bodily harm to another (with or without a weapon).

9.  Threatening harm to the property of another, including state property.

10.  Extortion by threat of violence or other means.

### C.  SEXUAL MISCONDUCT

11.  Non-consensual sexual conduct with another, whether compelled:
    A)  By force.
    B)  By threat of force.
    C)  By intimidation other than threat of force or
    D)  By any other circumstances evidencing a lack of consent by the victim.

12.  Non-consensual sexual contact with another, whether compelled:
    A)  By force.
    B)  By threat of force.
    C)  By intimidation other than threat of force or
    D)  By any other circumstances evidencing a lack of consent by the victim.

13.  Consensual physical contact for the purpose of sexually arousing or gratifying either person.

14.  Seductive or obscene acts, including indecent exposure or masturbation; including but not limited to, any word, action, gesture or other behavior that is sexual in nature and would be offensive to a reasonable person.

### D.  RIOT, DISTURBANCES AND UNAUTHORIZED GROUP ACTIVITY

15.  Rioting or encouraging others to riot.
16.  Engaging in or encouraging a group demonstration or work stoppage.

17.  Engaging in unauthorized group activities as set forth in paragraph (B) of Rule 5120-9-37 of the Administrative Code.

18.  Encouraging or creating a disturbance.

19.  Fighting – with or without weapons, including instigation of or perpetuating fighting.

### E.  RESISTANCE TO AUTHORITY

18.  Physical resistance to a direct order.

21.  Disobedience of a direct order.

22.  Refusal to carry out work or other institutional assignments.

23.  Refusal to accept an assignment or classification action.

### F.  UNAUTHORIZED RELATIONSHIPS AND DISRESPECT

24.  Establishing or attempting to establish a personal relationship with an employee

**Defendants' Exhibit A (Page 14 of 61)**

without authorization from the managing officer, including but not limited to:

    A) Sending personal mail to an employee at his or her residence or another address not associated with the Department of Rehabilitation and Correction.

    B) Making a telephone call to or receiving a telephone call from an employee at his or her residence or other location not associated with the Department of Rehabilitation and Correction.

    C) Giving to or receiving from an employee any item, favor, or service.

    D) Engaging in any form of business with an employee including buying, selling, and trading any item or service.

    E) Engaging in, or soliciting, sexual conduct, sexual contact, or any act of a sexual nature with an employee.

    F) For the purposes of this rule "employee" includes any employee of the department and any contractor, employee of a contractor, or volunteer.

25. Intentionally grabbing or touching a staff member or other person without the consent of such person in a way likely to harass, annoy, or impede the movement of such person.

26. Disrespect to an officer, staff member, visitor, or other inmate.

## G.  LYING AND FALISIFICATION

27. Giving false information or lying to departmental employees.

28. Forging, possessing, or presenting forged or counterfeit documents.

## H.  ESCAPE AND RELATED CONDUCT

29. Escape from institution or outside custody (i.e. transport vehicle, department transport officer, other court officer, law enforcement officer, outside work crew, etc.) As used in this rule, escape means that the inmate has exited a building in which he was confined, crossed a secure institutional perimeter; or walked or broken away from custody while outside the facility.

30. Removing or escaping from physical restraints (handcuffs, leg irons, etc.) or any confined area within an institution (cell, recreation area, strip cell, vehicle, etc.).

31. Attempting or planning an escape.

32. Tampering with locks, locking devices, or window bars; tampering with walls, floors, or ceilings in an effort to penetrate them.

33. Possession of escape materials including keys or lock-picking devices (may include

Maps, tools, ropes, material for concealing identity, or making dummies, etc.).

34. Forging, possessing, or obtaining forged or falsified documents which purport to

**Defendants' Exhibit A (Page 15 of 61)**

effect release or reduction in sentence.

35. Being out of place.

**I.   WEAPONS**

36. Possession or manufacture of a weapon, ammunition, explosive, or incendiary device.

37. Procuring or attempting to procure a weapon, ammunition, or explosive or incendiary device; aiding, soliciting, or collaborating with another person to procure a weapon, ammunition, explosive, or incendiary device or to introduce or convey a weapon, ammunition, explosive or incendiary device into a correctional facility.

38. Possession of plans, instructions, or formula for making weapons or any explosive or incendiary device.

**J.  DRUGS AND OTHER RELATED MATTERS**

39. Unauthorized possession, manufacture, or consumption of drugs or any intoxicating substance.
40. Procuring or attempting to procure unauthorized drugs; aiding, soliciting, or collaborating with another to procure unauthorized drugs; or introducing unauthorized drugs into a correctional facility.
41. Unauthorized possession of drug paraphernalia.
42. Misuse of authorized medication.

43. Refusal to submit to urine sample or otherwise to cooperate with drug testing or mandatory substance abuse sanctions.

**K.  GAMBLING, DEALING, AND OTHER RELATED OFFENSES**

44. Gambling or possession of gambling paraphernalia.

45. Dealing, conducting, facilitating or participating in any transaction occurring in whole or in part within an institution or involving an inmate, staff member, or another for which payment of any kind is made, promised, or expected.

46. Conducting business operations with any person or entity outside the institution, whether or not for profit, without specific permission in writing from the Warden. writing from the Warden.

47. Possession or use of money in the institution.

**L.  PROPERTY AND CONTRABAND**

48. Stealing or embezzlement of property, obtaining property by fraud or receiving stolen, embezzled, or fraudulently obtained property.

49. Destruction, alteration, or misuse of property.

50. Possession of property of another.

**Defendants' Exhibit A (Page 16 of 61)**

51. Possession of contraband, including any article knowingly possessed which has been altered or for which permission has not been given.

**M.  FIRE VIOLATIONS**

52. Setting a fire; any unauthorized burning.

53. Tampering with fire alarms, sprinklers, or other fire suppression equipment.

**N.  TELEPHONE, MAIL, AND VISITING**

54. Unauthorized use of telephone or violation of mail and visiting rules.

55. Use of telephone or mail to threaten, harass, intimidate, or annoy another.

56. Use of telephone or mail in furtherance of any criminal activity.

**O.  TATTOOING AND SELF-MUTILATION**

57. Self-mutilation, including tattooing.

58. Possession of devices or material used for tattooing.

**P.  GENERAL PROVISIONS**

59. Any act not otherwise set forth herein, knowingly done which constitutes a threat to the security of the institution, its staff, other inmates, or to the acting inmate.
60. Attempting to commit, aiding another in the commission of, soliciting another to commit, or entering into an agreement with another to commit any of the above acts.

61. Violation of any published institutional rules, regulations, or procedures.

## II. THE DISCIPLINARY PROCESS

Lorain Correctional Institution's policy of progressive discipline fits the punishment to the violation. When an inmate is charged with violating a rule of conduct, the staff member alleging the misbehavior will write a report which tells the specific rule(s) violated, its class, and the facts supporting the violation in writing on the conduct report form.

### HEARING OFFICER

Unit sergeants (Correctional Counselors) are designated as the hearing officers.   The hearing officer is authorized to evaluate all conduct reports and determine whether the conduct report cites the correct rule, identifies the charged inmate, and cites sufficient facts to support the alleged rule violation(s).  After the initial screening the hearing officer may accept, modify, withdraw, or return the conduct report to the staff for correction or revision.  If the conduct report is properly completed, the hearing officer:

• Completes a mental health referral on each inmate on the mental health caseload (DRC Policy 56-DSC-04).

• Contacts the charging official to determine whether they want to have input into the

**Defendants' Exhibit A (Page 17 of 61)**

disciplinary proceedings, (DRC Policy 56-DSC-04) and;

- If the victim (staff/inmate/general public) desires, ensures a Statement of Loss or Injury, describing the effect of the inmate's rule infraction, is completed (DRC Policy 56-DSC-03).
- Inmates referred to RIB will be informed they are eligible for loss of good time if their crime occurred prior to July 1, 1996.

As soon as practical after the inmate gets a copy of the conduct report, the hearing officer will hold an informal hearing. The hearing officer will interview the inmate and may either decide to dispose of the rule violation or refer the rule violation to RIB for hearing. If there are <u>some facts</u>
to support the conclusion that the inmate violated a rule(s), the following penalties may be imposed by the hearing officer:

- Refer inmate for treatment, counseling, or other programming.
- Recommend a change in housing or job assignment.
- Issue a warning or reprimand.
- Recommend to the Warden the inmate be required to make restitution.
- Recommend to the Warden that contraband be disposed of.
- Restrict privileges or assign up to four (4) hours of extra work duty for each rule violation.

All hearing officer decisions are reviewed by the Unit Manager to determine compliance with policies and procedures. The RIB chair may approve, modify, or return the conduct report to the hearing officer with instructions to refer the matter to RIB for formal disposition. The RIB chair's review of such matters is final.
The hearing officer will advise inmates referred to RIB of their procedural rights verbally and in writing when completing the inmate rights form. The hearing officer will give the inmate witness forms which the inmate should bring completed to the RIB hearing. The hearing officer will inform inmates that a guilty finding could result in the loss of "good time" if they are incarcerated for crimes occurring prior to July 1, 1996. All inmates on the mental health caseload will be referred to Mental Health as well as those exhibiting signs of mental illness or identified to need staff assistance (per 5120-9-08).

## RULES INFRACTION BOARD

The Rules Infraction Board (R.I.B.) is a two-member committee charged with the responsibility to conduct a formal due process hearing (electronically recorded) based on alleged rule violations referred to this committee (5120-9-08 [B]). The conduct report will be heard at RIB within seven (7) business days following the day it was issued

At the formal hearing, the inmate is allowed to present a defense that may prove his innocence or lessen his part in the rule violation. The inmate is given all rights outlined during the hearing officer process including the right to witnesses and to challenge the evidence against him.
After the review of all evidence, the RIB will decide if sufficient facts exist to support that a rule violation(s) has occurred and if the accused inmate broke the rule. RIB will furnish the inmate with a copy of the disposition form within three (3) days of making a decision. If found guilty, the inmate will be informed of his rights to appeal the decision to the Warden within 15 days of receiving a copy of the disposition form. If the inmate wishes to appeal, the board will give the inmate an appeal form and note this on the disposition.

## ADMINISTRATIVE REVIEW

All RIB decisions are reviewed by the Warden/designee to determine if the provisions of the applicable administrative rules and policies have been complied with (charged with the proper rule violation, no prejudicial violation of the inmate's procedural rights, some factual evidence supports the charge, and in cases of guilt, whether the penalty imposed was authorized). A guilty finding may not be rejected,

14

but the case may be returned to RIB for reconsideration if relevant information was overlooked or new information becomes available. The penalty may also be approved or modified during administrative review.

## APPEAL TO WARDEN AND DIRECTOR'S REVIEW

The managing officer or designee may affirm or reverse the RIB panel's determination of guilt; and, may approve, or modify the penalty imposed from among the penalties available to the RIB panel. The managing officer or designee may also return the matter to the RIB panel for reconsideration or rehearing to address procedural errors that may have occurred within the case or to consider additional evidence.

The managing officer or designee shall decide the appeal within thirty calendar days of its receipt, and shall promptly notify the inmate of the appeal decision on a form designed for that purpose.
Discretionary review: The director or the director's designee may review any RIB decision that, in the view of the director or designee, presents issues that may have significant impact on the operation of the department.

## SERIOUS MISCONDUCT PANEL

The serious misconduct panel (SMP,) shall, at a minimum, consist of two staff members, designated by the respective regional director. Persons sitting on the SMP must have first completed training issued by the department's division of legal services. The SMP has the authority to determine guilt and place inmates in extended restrictive housing for serious violations of the inmate rules of conduct. The SMP also has the authority to make security level recommendations and mental health referrals for seriously mentally ill inmates who have committed serious violations of the inmate rules of conduct. Each panel shall consist of a chairperson, who manages the hearing, and a secretary, who prepares a record of the proceedings. Refer to Administrative Rule 5120-9-08.1 for complete details.

## RESTRICTIVE HOUSING, EXTENDED RESTRICTIVE HOUSING AND LIMITED PRIVILEGE HOUSING

"Restrictive Housing" means a housing placement that requires an inmate to be confined to a cell at least twenty-two hours per day.

"Extended Restrictive Housing" means housing that separates the inmate from contact with general population while restricting an inmate to his or her cell for at least twenty-two hours per day and for thirty days or more for the safe and secure operation of the facility. Extended restrictive housing shall consist of three separate levels of security designed to give the inmate progressively more privileges and freedom of movement to assess whether the inmate's return to a general population housing assignment is appropriate.

"Limited Privilege Housing" means assignment of an inmate to a cell or other designated area for the purpose of separating them from other inmates, but is still considered general population. Designated out-of-cell time shall be more than two (2) hours daily. Inmates may participate in meaningful activities, programs, and recreational opportunities as deemed appropriate by the managing officer.

## ABUSE OF PRIVILEGES

The staff member in charge of the area may summarily restrict privileges. RIB may order restrictions on personal privileges following an inmate's abuse of such privileges (except access to kites, medical,

**Defendants' Exhibit A (Page 19 of 61)**

mental health, legal) when necessary to maintain order, safety, and security.  This is intended to be short term and promptly reported and reviewed. (5120-9-11 (G) (H) (I)).

# DRESS CODE

Smock shirts are not required to be tucked in.

Approved headgear (including religious) may be worn in or out of the housing unit.  **Only approved religious headgear maybe worn into the inmate dining area.**

Sunglasses may not be worn indoors unless prescribed by the doctor.

Level 2 Mentor and Level 2 Cadres may wear personal clothing going to and from recreation (evening and weekend dining hall) or in the unit during designated hours.  Personal clothing includes sweatpants, gym shorts, T-shirts, sweatshirts, and tennis shoes.  (No shorts permitted in dining hall after 4:30 pm) Clothing must be appropriately worn, must not be altered and must be in good repair at all times.

**Protective Control** inmates are not required to wear their state blues during these hours while in the housing unit.  However, when seeing unit staff or going to programming they are to be properly dressed.

Level 2 Mentors and Level 2 Cadres may wear personal clothing as described above in the housing unit per posted housing unit rules and only after 4:30 pm.  This is the only time personal shirts other that T-shirts may be worn.  **Skull caps/wave caps are not to be worn outside the housing unit.**

Cadre/Mentor workers are not permitted to wear personal clothing if going to pill call or work.

At no time will it be permissible for pants to "sag".

Your State issued Resident ID Badge will be worn on your outer most garment on the upper, front, left pocket or collar with the photo showing.

# EDUCATION DEPARTMENT / OHIO CENTRAL SCHOOL SYSTEM

The Ohio Central School System believes that each student is different in terms of his education needs and desires and should be dealt with on the basis of these individual differences. Programs are designed to meet these differences.

## SCHOOL RULES

1.    All students must enter and exit the school building through the front doors and report directly to their classrooms or work areas.
2.    All inmates must be properly dressed in state-issued pants and shirt with shirts tucked in.  I.D. badges must be worn and visible. Hats must be taken off upon entry to the building.  Pant waists must be worn at the waist level:  no sagging.
3.    There is to be no loitering around the school building.
4.    No food or beverages are allowed in the building.
5.    Time schedules for the morning and afternoon sessions are posted.  All classes are self-contained.  Students will not change classes.
6.    Tardiness/absenteeism:  teachers will take attendance daily.  All students must be in their respective classrooms on time.  The only exception will be for late chow.

16

7. The education department will honor passes from other areas. Students must take responsibility to present these passes to their teachers. Students must return to class after being dismissed from the other pass if school is still in session.
8. Disruptive and inappropriate behavior will not be tolerated. Be respectful of others and maintain a quiet learning environment.
9. Students are to bring only school-related items into the building and leave all other items (commissary, personal items, etc.) in their housing units.
10. To request a conference with the school administrator and/or guidance counselor, send a kite to the school. Classroom teachers may also issue passes for such conferences.
11. Students are expected to obey all oral and written directions for fire and tornado drills. Written directions are posted throughout the building and the supervisor of each inmate area will issue oral directives.

Failure to obey the above listed school rules and institutional rules will result in disciplinary action.


## PROGRAM OFFERINGS

A variety of academic programs is available free of charge. While some programs have special admission requirements, most are open to everyone. Most academic programs are open-entry with varied start and end dates.

If you are interested in educational or apprenticeship programs, desire more information, or need educational counseling, send a kite to the guidance counselor or school administrator in the Education Department. You may also contact these individuals at your parent institution once you transfer.

All program admission is based on openings and/or admission requirements.

### Education programs currently offered:

- **Academic**
    - GED Instruction
    - Pre-GED Instruction
    - ABLE Instruction
    - Special Education Assessment and Intervention
    - LorCI does not offer college courses; for reception and cadre inmates. Inmates that are interested in taking college courses should write:
        Ohio University Correctional Education
        102 Haning Hall
        1 Ohio University
        Athens, Ohio 45701

- **Apprenticeship** (**limited to Level 2 Mentor & Level 2 General Population inmates**)
    Kite the school administrator if you are interested in becoming an apprentice. Programs may vary based upon the availability of staff supervisors. Current apprenticeship offerings are: Janitor, Maintenance Repair Worker, Plumber, HVAC, Animal Trainer, Cook, Recovery Operator, Painter, Health Care Sanitary Technician, Carpenter and Material Coordinator.

- **Pre-Apprenticeship**
    Kite the school administrator if you are interested in becoming a pre-apprentice. Pre-Apprenticeship eligibility is based on potential future enrollment in a registered apprenticeship program offered by The State of Ohio Multi-Craft Apprenticeship Committee.

17

**Defendants' Exhibit A (Page 21 of 61)**

- **Tutor Training**
  Inmates who wish to become education tutors must meet the following criteria:

  1. Have a CASAS (In-Take Testing) score of 241 or higher in reading and 226 or higher in math.
  2. Have a verified GED or High School Diploma.

  Tutor Training is offered four (4) times a year, at the end of each school quarter.
  Tutor Training is a three-day course that's approximately 10-12 hours.


## GUIDANCE COUNSELING SERVICES

**Assessment and Evaluation**

The main goal of the counseling program is to provide guidance to inmates when they first enter prison and throughout the duration of their sentence. The first way they accomplish this is by performing assessments on new inmates. Assessments are used to help determine an appropriate education program, such as ABE, Pre-GED or GED classes.

**Education and Counseling**

Institutional counselors also provide education and individual counseling to inmates. They teach new Inmates about the rules of the facility and help them adjust to life behind bars. Institutional counselors offer vocational, academic, social and personal counseling to help inmates develop new skills and cultivate insight to prevent recidivism.


## FOOD SERVICE

Food service prepares three (3) full meals each day.  All meals meet or exceed recommended daily dietary allowance of good nutrition.  Changes may be made when necessary.

Housing units are called to chow on a scheduled basis.  When the housing unit officer calls "Get Ready for Chow", you are to get ready.  You will be instructed to exit your cell and stand by your own cell door leaving the door open.  You are required to be fully dressed with your T-shirt tucked in and your ID on your outer most garment facing outwards.  No shower shoes are permitted outside the unit. Approximately three to five minutes later the pod officer will call "Chow".

**Protective Control** inmates have chow in the housing unit.  They are to only congregate in the main dayroom and are not permitted to be in the program rooms or cells during that time.

As soon as the main group leaves the housing unit for chow, the Officer will lock the door.  You are to report directly to the inmate dining room.  Inmates who do not leave for chow with the main group will be in violation of Rule 35, Being out of place. Reception inmates are lined up and escorted to the dining hall by the pod officers.

During severe weather, reception inmates may walk to the dining room in an orderly fashion without being lined up by the pod officers.  The pod officer arranges observation and/or escort to the dining room from the housing unit.

**Defendants' Exhibit A (Page 22 of 61)**

If you have a prescribed diet order from a physician and/or dentist, you will get a diet card. To receive the appropriate meal(s), you must present your diet card and I.D. badge for each meal. You will electronically scan your I.D. badge before receiving each meal.

When entering the dining room, get in line to be served.  The Officer will seat you.  You may only take one tray and one fork/spoon.  Keep the line moving. Do not jump line. Do not reach across the line. Do not ask for more food. Do not ask that your food be given to another inmate.   Loud or rowdy talking is not permitted.

Only after you are seated may you pass food to another inmate and only to an inmate at your table. Stay in your seat until you are dismissed. You may not return to the serving line.

Personal food, beverages, seasonings and utensils are not to be taken into the dining room.  Your cup and one bottle of personal hot sauce are the only exceptions.

When finished eating, take your tray and fork/spoon to the cleaning area.  Any food service item found outside the Food Service area is considered contraband.  No food or utensils are to be taken from the dining room.

Inmate kitchen and dining room workers are to stay in their assigned work areas, and no visiting is allowed during meals.


## GRIEVANCE PROCEDURE

### Inspector of Institutional Services

Administrative Code 5120-9-29 establishes and defines the position of Inspector of Institutional Services. The Inspector will facilitate all aspects of the resident grievance procedure as established by Administrative Rule 5120-9-31.

Additional duties of the Inspector of Institutional Services are as follows:

> ➢ Investigation and processing notification of grievances made by residents
> ➢ Investigating claims of inappropriate supervision (AR 5120-9-04)
> ➢ Investigating claims of use of force where no use of force report was written
> ➢ Investigating resident property loss through the Ohio Court of Claims
> ➢ Indigence - Issues dealing with claims of indigence (i.e. Medical or hygiene) should be directed to the Institutional Inspector via kite

The Administrative Regulation (AR) for appropriate supervision is 5120-9-04-Appropriate Supervision, Discrimination and Racial Issues. This is available to read/copy in the Law Library. All claims of inappropriate supervision must use the grievance procedure.

### Resident Grievance Process

Informal Complaint Resolution, Notification of Grievance, Appeal to Chief Inspector and Direct Grievances

Prior to filing any concern's, it is imperative for the resident to meet with staff and verbally discuss the issues in an attempt to resolve at the lowest possible level.

**Defendants' Exhibit A (Page 23 of 61)**

The Informal Complaint process is for issues surrounding a "policy" violation in which one should have reviewed the correct policy PRIOR to filing.

Informal Complaints filed electronically that are KITES will be responded with a standardized response within the allowable seven (7) day limit. However, you will still need to file a KITE for the information. The Electronic Grievance Process is NOT a KITE.

## What is a Grievance?

A grievance is a formal complaint filed with the Inspector of Institutional Services about any aspect of the institutional life that affects a resident. This may include complaints about how residents are treated (appropriate supervision), living conditions, staff, rules, policies and procedures.

## Electronic Grievance Process

The Resident Grievance Process is Electronic and can be accessed via the KIOSK'S machines located in all the housing units. There is a (14) day time limit to concerns in the Grievance Process. The issue must have occurred within the last (14) days.

## Step (1) Informal Complaint Resolution

Using the Resident Kiosk, you can initiate an Informal Complaint Resolution in the Communications Section of the Kiosk. Select the appropriate category governing the concern and write the concern in the communications section and submit following the appropriate prompts.

The Informal Complaint will be received by the Inspectors Office. The Informal Complaint will be screened and submitted to the appropriate Supervisor by the Inspectors Office. The Supervisor will have the allotted seven (7) Calendar days to respond.

A response will be received on the Kiosk. Should the response violate policy, be incorrect or not provide sufficient information then step (2) can be accessed. If a response is not received, then the individual filing the complaint needs to contact the Inspector immediately. Here the Inspector will notify the appropriate Supervisor and provide an additional (4) days for response as described in Administrative Rule 5120-9-31.

Some types of complaints need quick action, such as if the resident could be physically harmed, or has experienced an unreported use of force. If this should occur, the resident should let a supervisor know and then tell the Inspector. If he experiences inappropriate supervision (Administrative Rule 5120-9-04) or retaliation, he should contact the inspector directly. The Inspector may tell him to file a grievance instead of starting with an informal complaint.

## How to appropriately address an Informal Complaint

All Informal Complaints must be addressed appropriately. Below is a listing of all institutional areas and the appropriate section to submit a concern to: (Should the Informal be addressed incorrectly the Inspector will correct and forward appropriately).

Business Office, Drug Testing, Resident Programs, Major, Recreation, Cashiers Office, Education/Vocation, Institution Assignment, Package, Religious Services, Chaplains Office, Food Service, Job Assignment, PREA, Safety/Sanitation, Commissary, Health Care,

**Defendants' Exhibit A (Page 24 of 61)**

Laundry/Quartermaster, Property (Housing), Security Classification, Dental, Housing Assignment, Library, Property (Vault), Shift 1, Shift 2, Shift 3,Deputy Warden Operations, Resident Account, Mail, Psychological/Psychiatric, Deputy Warden Special Services, Resident Groups, Maintenance, Recovery Services, Special Duty , Special Management Housing , STG , Telephone, Unit 1, Unit 2, Unit 3, Unit 4, Unit 5 , Visiting and Warden.

## Step (2) Notification of Grievance.

Once the Informal Complaint has been responded the resident will have the opportunity to file the grievance as a prompt will now appear. The resident has fourteen (14) days from the date he has received the answer to the informal complaint to file a grievance, unless the Inspector waives the time limit   Once the Grievance is filed the Inspectors Office will receive the concern.  The Inspectors Office has a minimum of fourteen (14) days to respond.  Should the Inspector require additional time then and additional fourteen (14) days may be provided.  In such a case the Inspector will notify the resident.  If the issue still cannot be resolved, then an additional fourteen (14) days may be requested through the Chief Inspectors Office.

Always keep with the facts.  Supply all necessary information such as dates, times, names, witnesses, documentation and any additional evidence.

## Step (3) Appeal to the Chief Inspector.

If the issue is still unresolved then the final step in the process is to access the Appeal to the Chief Inspector.  The Appeal is responded to by the Chief Inspectors Office.  There is a fourteen (14) day time limit from the response of the grievance to file the Appeal.

The office of the Chief Inspector will then make a decision on the appeal.  They may find that the Inspector correctly answered the complaint.  This is called "affirmed."  They may find that more investigation is needed, or tell the inspector what to do or make changes this is called "modified."  They may feel that the Inspector's decision was wrong, this is called "reversed."  The resident will receive the decision of the Chief Inspector in about thirty (30) days.  If they need more time to investigate, they will let the resident know.  Decisions made by the Chief Inspector's office are final.

Once again prior to filing grievances be sure that you have met with staff and attempted to secure a response as to an attempt to resolve the issue.

## What is a Direct Grievance?

If the resident believes that the Inspector or Warden broke a rule or let someone else break a rule, then he may file a grievance to the Chief Inspector.  The resident has thirty (30) days from the date of the incident to file his grievance.  He does not need to file an informal complaint.

**A Direct Grievance is ONLY for issues DIRECTLY concerning the Inspector or Warden.**  Any other issue needs to be properly addressed through the grievance process above otherwise the improperly submitted issue will be returned by the Chief Inspectors Office providing this same direction.

**Defendants' Exhibit A (Page 25 of 61)**

# What is not "grievable"?

Some things cannot be grieved. This is because they already have a separate appeal process. Information about these processes can be found in the Administrative Rules and Policies, which are available in the Library. Some examples are:

- Hearing officer and RIB decisions
- Security Classification
- Job assignment

Some of the other things that cannot be grieved are:

- State Laws
- Court matters/Judge's orders
- Adult Parole Authority actions or decisions

The Department of Rehabilitation and Correction is committed to maintaining a safe, secure and humane environment for residents and staff and recognizes that an effective grievance procedure goes hand-in-hand with this commitment. The resident is encouraged to use the grievance procedure to resolve complaints, which have not been or cannot be effectively resolved informally by staff. He is protected in several ways from any form of reprisal.

All records of his participation in the grievance procedure are confidential.

All employees are prohibited from discriminating, insulting or taking any action against the residents for the good faith use of the grievance procedure (AR 5120-9-04).

Finally, AR 5120-9-31, Paragraph (G) states that if it is found that a resident has intentionally falsified information in an informal complaint, grievance or grievance appeal, only the Inspector of Institutional Services, with the approval of the Chief Inspector or designee, has the authority to initiate disciplinary action against the residents. In short, the resident is protected for use of the grievance procedure unless he lies or deliberately makes a false statement with the intent of seriously injuring another person.

## Grievance Restriction and Abuse

Abusing the grievance process such as filing excessive complaints for non-existent reasons, filing the same concern repeatedly or attempting to use the system to harass staff members will result in a restriction. Further information on Grievance Restrictions can be reviewed in Administrative Rule 5120-9-31.

## Court of Claims

(A) If a resident in a state correctional institution has a claim against the Department of Rehabilitation and Correction for the loss of or damage to personal property and the amount claimed does not exceed three hundred dollars, before commencing an action against the Department of Rehabilitation and Correction in the Court of Claims of Ohio, the resident shall file the claim as a grievance directly to the Inspector of Institutional Services. Please reference Administrative Rule 5120-9-32 (Inmate Property Claims).

**Defendants' Exhibit A (Page 26 of 61)**

(B) The claim shall be filed as a grievance no later than ninety days prior to the expiration of the time allowed for commencement of a civil action based upon the loss or damage to property under section 2743.16 of the Revised Code. Pursuant to section 2743.16 of the Revised Code, civil actions against the state for the loss of or damage to personal property shall be commenced no later than two years after the date of accrual of the cause of action or within any shorter period that is applicable to similar suits between private parties. The filing of the claim as a grievance does not toll the time allowed for the commencement of a civil action based upon the loss or damage to property under section 2743.16 of the Revised Code.

(C) The Inspector of Institutional Services shall provide a written response to the claim filed as a grievance within 14 days of receipt. The written response shall summarize the resident's claim; describe what steps were taken to investigate the claim, and the Inspector of Institutional Services' findings and decision. If the resident's claim is determined to have merit, the Inspector of Institutional Services, subject to the Warden's concurrence, shall make an offer to compromise the claim to the resident.

(D) If the resident accepts the offer to compromise, a payment shall be made to the resident's institutional account from general revenue funds appropriated to the Department of Rehabilitation and Correction. Such payment is subject to withdrawal from such account as may be necessary to pay a court ordered obligation pursuant to rule 5120-5-03 of the Administrate Code. The resident's acceptance of an offer to compromise and payment credited to the resident's institutional account shall constitute a full and complete release of liability for the claim. Such a compromise payment shall be the exclusive remedy against the Department of Rehabilitation and Correction and the State of Ohio.

(E) If the Department of Rehabilitation and Correction denies the grievance or does not compromise the claim at least sixty days prior to the expiration of the time allowed for the commencement of a civil action based upon the loss or damage under section 2743.16 of the Revised Code, as set forth in paragraph (B) of this rule, the resident may commence an action in the Court of Claims of Ohio under chapter 2743 of the Revised Code to recover damages for the loss or damage.


## GROOMING

**HAIR**

Lorain Correctional Institution provides barbershops staffed by inmate barbers. This allows the inmate general population an opportunity to meet the personal grooming code dealing with haircuts according to Administrative Rule 5120-9-25.


- Hair must be neatly trimmed and in accordance with Administrative Rule 5120-9-25.
- Reception barbershop is located at recreation. You may get a haircut on a first come, first served basis.
- The Level 2 Cadre Barbershop is located in 10B. The hours are posted.
- Level 2 Mentor inmates receive haircuts in the recreation barbershop during the posted Mentor hours.
- Protective Control inmates receive haircuts in the recreation barbershop during their recreation time.
- Hair must be clean in order to get a haircut.
- The following hairstyles are not allowed: deadlocks and braids that exceed ½ inch in width, initials, symbols, dyes (including color fades in dreadlocks and braids), multiple parts, hair

23

disproportionately longer in one area than another (this excludes natural baldness), weaves (also includes yarn weaves in dreadlocks) and wigs. Other hairstyles not listed here may not be allowed if they are shown to be either a threat to security or contrary to other penological concerns as determined by the Director's designee. Styles which include two or more of the above-mentioned hair issues in combination (i.e. dyed or bleached dreads/braids) will be deemed non-complaint and will be referred to the Hair Compliance Treatment Team for review and action.

- In accordance with this rule, braids may be worn in a "corn roll" fashion, placed from the front of the scalp to the back, in straight, even rows. If the braids exceed the nape of the neck they must be secured into one ponytail with one elastic band.
- Loose hair is also acceptable, and is to be worn in one ponytail, secured with one elastic band.
- Hair may not be worn in braids or a plait at any time the inmate is being transported out of the institution.
- Sideburns, beards, and mustaches must be clean and neatly trimmed.
- Battery-operated beard trimmers are approved and may be purchased from the Commissary. The Barbershop will trim beards, but this will be counted as a haircut. Those inmates who are in violation of existing standards will be ordered to comply. Failure to do so may result in disciplinary action and/or action being taken to bring individuals into compliance.

## GENERAL GROOMING

Male inmates are not permitted to wear earrings; you may not insert any item into piercings to avoid closure.

Fingernails and toenails shall not extend beyond the tips of the fingers or toes.

Inmates shall have the opportunity to bathe at least five times weekly (ACA 4341/Administrative Rule 5120-9-25), unless the inmate is prohibited from showering for medical reasons on the orders of a staff physician. Inmates must be given a reasonable length of time under the shower to be able to soap and clean themselves properly.

Toilet facilities and toilet paper shall be available to all inmates. The institution shall have authority to place limitations on such facilities when necessary for safety or security.

**Inmates are responsible for meeting the grooming standards!**

## HOUSING UNIT RULES

Your housing unit and cell are your home while you are here. You are expected to follow all housing unit rules. The following general rules apply to all housing units. There are likely to be some differences between housing units. If you move from one housing unit to another, review the posted unit rules.

**Not knowing the rules, policies or procedures is not an excuse for violating them.**

1. Pat-down searches and searches of cells and property may be conducted at any time, either randomly or when necessary. Strip searches can and will be conducted if contraband is found or if otherwise necessary.

2. You are to maintain good personal hygiene. This includes showering as scheduled and as needed with the permission of the C.O. When going to and from the shower, you must be dressed.

24

- Fingernails/toenails shall not extend beyond the tip of finger or toe.
- Facial hair must be cleaned and neatly trimmed.
- Hair must be clean and neatly trimmed or braided.
- Male inmates are not permitted to wear earrings; you may not insert any item into piercings to avoid closure.

3. The following is to be done every day: bed made by 7:00am; clothes neatly folded; vents, sink, toilet, floor, window sill, and bars cleaned; trash removed. The use of paper bags for trash can liners is not allowed.

4. All cleaning supplies and equipment must be checked in and out with the housing unit officer. I.D's must be exchanged for equipment and supplies. Do not store/keep cleaning supplies or equipment in your cell. Pod porters are responsible for cleaning the housing unit; however, you are responsible for keeping your cell clean. Trash is to be placed into approved trash cans. You are not allowed to be in the supply closets without authorization. Only issued cleaning supplies are to be used on the floors; stripper, floor finish, and floor buffers are not to be used in the cells.

5. YOU <u>ARE NOT ALLOWED</u> TO BE IN A CELL, ON A CELL RANGE, OR IN A HOUSING UNIT OTHER THAN YOUR OWN. Doing so means you are **"OUT OF PLACE."** You are also not allowed to loiter around any cells or be on the top range unless you are housed there.

6. There are six (6) phones in each housing unit. Phone calls are limited in duration by unit policy. This allows time for everyone to make calls. Check your housing unit bulletin board for procedures and schedules. You will select your PIN and record your voice boil during the intake process. If you forget your PIN you must utilize *1995 via the telephone to receive a new PIN which will be generated through the mailroom in 3-5 business days. Do not KITE the investigator for a new PIN as these are generated from GTL.

7. There is one (1) J-Pay Kiosk machine in each housing unit. Kiosk use is limited in duration by unit policy. You must open a trouble ticket on the kiosk for problems with passwords, money and/or purchases. The investigator cannot access your JPAY account or transactions. Level 2 Mentor, Level 2 Cadre and Protective Control inmates are permitted video visits. Reception inmates are not permitted video visits.

8. Level 2 Mentor and Level 2 Cadre must make sure that your cell door is locked every time you leave the housing unit. Locking the cell door is for the protection of inmates' personal property. The last inmate leaving is responsible for locking the door.

9. Noise is to be kept at a reasonable level. Personal (Walkman-type) radios, CD and JP4/JP5 players are not to be worn while walking across the compound.

10. The institution laundry washes state-issued blankets. Follow the posted schedules for times and delivery/pick-up rules. All other clothing is washed in the pod. The laundry schedules are posted in the housing units.

11. You must be within the property possession limits. **You are not to lend, trade, borrow, sell, or give any of your possessions to any other inmate.** You must be able to prove ownership of all your property. You are not allowed to have any item belonging to another inmate, or any item that was owned by an inmate who has left the institution, without prior authorization.

**Defendants' Exhibit A (Page 29 of 61)**

12.     Keep all pack-up, commissary, and sundry slips. If you do not keep these slips, your property could be taken away if you cannot prove you own it. You should also keep a written list of all your personal and state-issued possessions. See the correctional counselor for details.

13.     SMOKING:  Smoking is prohibited at Lorain Correctional Institution and all DR&C facilities effective March 1, 2009. You are not permitted to possess or receive any tobacco- related products.

14.     Fire Drills: During fire drills, leave the building in a swift, safe, and orderly manner.  Inmates are expected to know the proper safety and/or evacuation procedures for their work or living place.  A Fire Evacuation Plan is posted in all buildings within the facility, as well as housing areas.  Follow orders and direction given by staff.

15.     Do not block ventilation vents or hang anything from the sprinkler system. Nothing is to hang on the end of the bed nearest the door or on the sides of the bed.

16.     Nothing is to be taped or fastened to the walls, desks, dresser, locker box, ceiling, window, or bars.  Inmate cell windows shall remain uncovered and unobstructed at all times.  This includes the cell door windows.

17.     Furniture arrangements in the cells are not to be changed!  You are only permitted one mattress per bed.  Other furniture, chairs, tables, etc., may not be placed in your cell.

18.     The dayrooms open at posted times. In addition, you may use the unit library for reading, writing, or studying.  Food and drinks are not allowed in the library. Lights must remain on when the library or program room is in use.

19.     Dayroom tables, chairs, or other furniture are not to be moved without staff permission.

20.     Keep feet off the walls, tables, and chairs. You may not sit on top of any table, including outside picnic tables.

21.     Inmates will not tamper in any manner with door jambs, locks, hinges, etc.   Inmates violating this policy are subject to disciplinary action and could be subject to prosecution.

22.     Do not place washcloths, toilet paper or rolled newspapers under doors, or on door tops.

23.     Level 2 Cadre and reception inmates are not permitted to interact or mingle together without staff authorization.

24.     Do not loiter inside or outside housing unit entrances or on the yard. You must be moving directly to and from your destination. You are to walk on the **right side** of the sidewalk **at all times**.

25.     Yelling or loud conversations are not permitted while you are outside on the compound. You are not permitted to yell to inmates in cell windows.

26.     Yelling out your cell windows will not be permitted. Violators will be issued a conduct report.

27.     I.D's are to be worn at all times with the picture side out on the left collar of the outermost piece of clothing you are wearing. Pictures, stickers, or any other items are not allowed to be placed on the I.D unless issued by staff.

26

28. State uniform and appropriate footwear must be worn outside the housing units any time you leave the housing unit, seven days a week. This includes entering the office areas within the housing unit. **Skullcaps/wave caps are not to be worn outside the housing unit.**

29. Trousers shall not be tucked into socks or pegged. Anytime you report to a job assignment, you must be in state uniform, even if the job assignment is in the housing unit. Slippers and shower shoes may not be worn outside the housing unit. Reception inmates are not allowed to have personal clothing. **"**Sagging**"** (pants worn below the belt line) is not allowed.

## IDENTIFICATION BADGE (I.D.)

You must wear your I.D. at all times when you are outside your cell. It is to be worn on the left collar, on the outermost piece of clothing you are wearing. **YOU ARE TO WEAR YOUR I.D. WITH THE PICTURE FACING <u>OUTWARD</u> AT ALL TIMES.** Pictures, stickers, or any other items are not allowed to be placed on the I.D. You are to immediately give your I.D. to any staff member who asks you for it.

Lost or stolen I.D. badges must be reported to unit staff and an Inmate Property Theft/Loss Report filled out. If you do not report a missing I.D., you are breaking a rule.

You must get a new I.D. when there has been a change in how you look: hairstyles, growth/removal of facial hair. **The new I.D. costs $5.00 for the I.D. and $0.50 for the clip.**

You may kite the I.D. department to get a new I.D. The I.D. department will send you a pass to go and have your picture taken again. You **MUST** sign a cash slip when you have your picture retaken.

## <u>INMATE GROUPS</u>- (Level 2 Mentor and Level 2 Cadre Inmates Only)

Level 2 Mentor and Level 2 Cadre inmates are permitted to form approved groups. The purpose of these groups is to provide an outlet for legitimate activities, to promote general welfare for the population, and to provide community services. Each group is facilitated by a staff advisor who is appointed by the Warden.

The institution's approved groups are: The Supreme Valley Jaycees, Beekeepers and All Paws on Deck.

## JOB ASSIGNMENTS / STATE PAY

Level 2 Cadre inmates remain in a job for a minimum of 90 days before a requesting review by the Job Reclassification Committee. It may help to get a recommendation from an area supervisor for a new job. You will be removed from a job for a work-related conduct report, poor work evaluation, poor attendance, tardiness, or a threat to the security of the institution.

State pay is computerized to help prevent errors. Any errors are corrected by sending a kite to your unit manager. Pay for the previous month is posted before the 10th of the next month. Reception inmates may also volunteer to work in their assigned living areas by kiting their unit staff. Again, these temporary jobs will not receive any state pay. **Earned credit (Level 2 Mentor and Level 2 Cadre Population only)** is also computerized for accuracy. It is posted the first week of the new month. Earned credit is lost for a program-related offense, unexcused absence, and/or lack of productive participation in a program.

**Defendants' Exhibit A (Page 31 of 61)**

Level 2 Mentor and Level 2 Cadre inmates receive earned credit when they attend and participate in every meeting during each month.

LorCI has a workforce of reception inmates who are approved to work in the kitchen, and are housed in unit 7. Applications for food service workers are available in the general population housing units, and are screened for eligibility by the unit management team.


# JPAY

There is one (1) J-Pay Kiosk machine in all housing units.  Kiosk use is limited in duration by the unit policy. The JPay Kiosk provides access to send and receive emails and check JPay deposits.  Level 2 Mentor and Level 2 Cadre inmates are permitted video visits.  Reception inmates are not permitted video visits.  The JPay Kiosk is easily navigated and you are encouraged to initiate any issues directly with JPAY Customer Division through a Support Ticket.

All incoming and outgoing emails and their attachments will be reviewed for any security violations, threatening comments, or inappropriate behavior.  All video visits are also monitored.  Any violations of the Administrative Rule 5120-9-06-Rules of Conduct will result in disciplinary action which may include the suspension of the JPAY privilege.


## Photo Attachments (JPAY)

You are able to take a photo of yourself using the kiosk's built-in camera and email the picture to your friends and family.  Each photo attachment costs one JPAY stamp (in addition to the stamp needed to send the email), so make sure you have the appropriate amount of funds available.  Remember that the same rules governing emails and Video grams also apply to photo attachments.


## Photo Attachment Rules (JPAY)

Emails and photos attachments that contain any of the following will not be delivered and stamps will not be refunded.  Anyone sending or receiving emails or photos that violate ODRC's policy may lose their privileges to utilize such services.


- More than one resident in the photo, including in the background
- Nudity
- Pornography
- Sexual Poses
- Violence
- Drug Use
- Gang Signs
- Weapons
- Gang Activity
- Inappropriate clothing including overly revealing and form fitting clothing or clothing that displays offensive or gang-related messages.


## Video Gram Guidelines (JPAY)

Defendants' Exhibit A (Page 32 of 61)

Video grams found to be in violation of policy will not be delivered and stamps will not be refunded.  You may also lose your privileges to the service.  Length of suspension will be determined by the severity of the infraction.  The following are considered violations to the video gram policies:

- More than one resident in the video, including in the background
- Nudity
- Pornography
- Sexual Acts
- Sexual Poses
- Violence
- Drug Use
- Gang Signs
- Weapons
- Gang Activity
- Inappropriate clothing including overly revealing and form-fitting clothing or clothing that displays offensive or gang-related messages.

## KITES

A kite is a printed form used for written messages between inmates and staff. They are available from the officers in your unit.  A kite should be used when you need information, are sending a message, or need the answer to a question.  **Make sure that you kite the correct staff person.**

Kites are to be used for everyday problems and messages.  Fill in all information, i.e. name, number, housing unit, cell number, work assignment, and the department or employee the kite is being sent to. Write a short message or ask the question that needs an answer.

You may talk to any staff member making rounds in the facility and ask questions. However, please try to kite the correct department before stopping staff making rounds on the compound.  Kite only the department pertaining to your question or issue. Sending multiple kites to numerous areas will only delay the response or resolution to your question.
DO NOT SEND MULTIPLE KITES TO NUMEROUS DEPARTMENTS CONCERNING
THE SAME MATTER. This may only serve to delay you're sought after response.

Emergency situations should be directed to the most readily available staff member who can evaluate and make referrals as needed.

The kite should be sealed and placed in the kite box in front of Food Service.  Do not send kites with the same message to different departments.  This will only make you wait longer for the kite to be answered.  **Per Institution policy, staff have seven (7) days to respond.**

## LAUNDRY

Personal clothing, such as personal whites and state blues, are laundered in the pod.  Washers and dryers are available in the living areas. **Shoes are not to be placed in the washers or dryers!**

**RECEPTION INMATES**

**Defendants' Exhibit A (Page 33 of 61)**

Laundry room attendants do all reception laundry in the housing unit.  You must make sure that your laundry bag is tightly secured to lessen the possibility of lost or stolen items.  The laundry bag must have your name and number on it.

Schedules for laundry days and times are posted in the housing unit.

The state is NOT responsible for lost or stolen laundry due to an inmate's negligence.  If the state is at fault, i.e. medically destroyed, round trip loss, etc., the items lost will be replaced at no cost to the inmate.

## LIBRARY / LAW LIBRARY SERVICES

The lending library and law library are combined in one area and located in the education building.  The library schedule is arranged to accommodate all housing units on different days of the week at different times. Schedules are posted in each housing unit and the library.  Inmates housed in 4B/C Intake must see the unit staff for access to the library.

The librarian, when available, will make authorized legal copies at your expense. If you need the services of a notary public and the librarian is not available, talk to your unit staff to check on other staff who are notaries public.

Library access for all inmates is via pass.

**Reception inmates:** The librarian issues passes to every reception inmate twice a month by pod and range.  **There is no need for you to send kites requesting library use**. However, these passes are not mandatory, so you need to decide for yourself whether or not to use the library pass when you receive it.  When you report to the library on pass, you will have access to both the regular and legal libraries:  they are in the same area.

Should you be confronted with legal issues having short time deadlines, you may ask your unit staff to call the librarian who will in turn accommodate you as soon as possible.

The lending library provides the following services:

- Book borrowing (two-week lending period). You are responsible for damaged or unreturned books
- Newspapers & magazines (in-library use only).
- Inter-Library Loan Program (Level 2 General Population only) - request forms must be given to library staff.
- Reference collection (non-circulating).

The law library provides the following services:

- Electronic (Lexis Nexis) and print legal research
- Typewriters (one-hour time limit)
- Photocopying (legal documents only) at $ 0.05 per page
- LorCI and DRC policies (accessible to inmates)
- Directional legal assistance (from Level 2 General Population law clerks only)
- Court addresses
- Attorneys' addresses and phone numbers

Inmates working on time-sensitive legal motions will be given special consideration for extended

30

Law Library time and/or visits at the sole discretion of the library staff.

As part of the Library outreach services, the library staff conducts weekly rounds to special housing areas such as Segregation and the Infirmary. Requests for specific Library services should be sent in a kite to the library staff. Please be as specific as possible.

If you have been in the institution at least 30 days and have had less than $12.00 in your account for those 30 days, you may kite the Library for a legal kit. The kit contains writing paper, carbon paper, a pen, and envelopes to use for filing legal actions, motions, or pleas. If you haven't been indigent for the previous 30 days, you may buy a legal kit in Commissary for under $5.00.

### LIBRARY / LAW LIBRARY RULES

1. You must wear state uniform; shirts must be tucked in and pants pulled up, no recreational clothing is allowed. No "sagging" of pants; no hats are allowed to be worn in the Library.
2. You must have your I.D. badge on at all times, and it must be displayed properly (photo side visible on the left lapel of your outermost garment).
3. No commissary, food, or drinks are allowed in the Library or educational area.
4. No casual or loud conversation in the Library.
5. You must have a pass when entering and leaving the library.
6. You must sign in and out.
7. No copies will be made without a signed cash slip (LEGAL DOCUMENTS ONLY).
8. A 10-minute time frame is given for you to reach the Library from your housing area. If you take longer than 10 minutes to get to the Library, you will not be allowed to enter it.


## MAIL

All incoming and outgoing mail is checked in accordance to Administrative Rule 5120-9-17 and Administrative Rule 5120-9-18.

All mail, except legal correspondence (mail addressed to an inmate clearly bearing the return address of an attorney-at-law, a public service law office, a law school, legal clinic, or the Correctional Institutional Inspection Committee), will be opened by institution mail office staff and checked for contraband.

Mail is processed in and out by 9:00 AM, Monday through Friday. All outgoing mail must have your **name, number, address, and zip code** on the embossed envelope and must be dropped in the mailboxes located in front of Food Service. Letters that may need more than simple postage should be taken to your unit staff with a cash slip to be approved and processed.

Colored envelopes and/or colored mail contents are not permitted inside the institution.
The front of the colored envelope and/or the colored contents shall be photocopied and the copies delivered to the inmate. The colored envelope/contents shall be discarded.

Money orders will no longer be accepted through the mail at the institutions. All money orders must be mailed to J-Pay. Procedures for using this service can be obtained by visiting www.jpay.com or contacting them at 1-866-333-5729.

Do not use another inmate's name or number when sending or receiving mail. Inmates may not use company names, variations of name, number, or address (in whole or part) as a box or apartment

**Defendants' Exhibit A (Page 35 of 61)**

number. This could cause you to be guilty of misrepresentation. Only embossed envelopes are allowed to be used.

Postage and embossed envelopes shall be available for sale in the institution commissary and through DRC approved vendors. Envelopes ordered through an approved vendor will not count towards an inmate's package limits. Envelopes may not be mailed to inmates by individuals.

You may send one postage-free letter each month. Free letters are passed out on the second Friday of each month. You can get the envelope from the housing unit officer on 1st shift, Saturdays. The letter must be given to the 2nd shift officer on Sunday. The officer will take the mail to the appropriate point. Free state envelopes will not be mailed if dropped in the mailbox. If dropped into the mailbox, the "free" letter will be given back to the inmate.

Cash slips may be needed for overweight, oversized, certified, or special delivery postage. Be sure the cash slip states legal or certified mail when necessary. Unit staff must witness and approve the cash slip. Cash slips with signatures that are not legible will not be processed and will be returned back to the inmate.

Incoming mail is passed out Monday through Friday during 2nd shift.

Family and friends may contact inmates via e-mail by using www.JPay.com. A one-time fee will be assessed for $1.00 for three inbound messages. The cost for each inbound message is $0.33. The message is limited to 6000 characters (approximately three (3) pages and five (5) attachments (one page each). Additional attachments are subject to additional fees. These items are screened in accordance with mailroom policy and procedures.

## LEGAL MAIL

Legal mail (mail addressed to an inmate clearly bearing the return address of an attorney-at-law, a public service law office, a law school, legal clinic, or the Correctional Institutional Inspection Committee), will be issued to you by your unit staff. You must have your I.D. when reporting to get your legal mail, and sign that you have received it. Your legal mail will be opened in front of you and checked for contraband.

## PUBLICATIONS

Regulations setting the maximum quantity of printed materials allowed are posted on bulletin boards. A reasonable amount of newspapers, books, magazines, pamphlets, photographs, drawings, and pre-recorded magnetic tapes may be received from the publisher. Tapes/CD's must be commercially recorded and factory sealed. Polaroid photographs are not allowed and will be returned to the sender at your expense.

Publications may not be received on a "bill later" basis.

Materials believed to be obscene or inflammatory are withheld at the Mailroom supervisor's discretion. You may request review of the publication pursuant to Administrative Rule 5120-9-19 (G). **PACKAGES (Level 2 Mentor, Protective Control and Level 2 Cadre only)**

Level 2 Mentor, Protective Control and Level 2 Cadre inmates may make mail order purchases from institutional approved vendors. See your unit staff to obtain catalogs and lists of items approved to order. Any additional clothing, state issue or personal, in excess of the allowable possession limits will be considered contraband, and you may be subject to disciplinary action.

32

**Defendants' Exhibit A (Page 36 of 61)**

Mail order purchases, including printed materials, must be paid for in full at the time of ordering. **Inmates are not permitted** to enter into contracts, C.O.D.'s, or bill later arrangements, such as book/record of the month clubs, etc.

Inmates housed in the Transitional Program Unit or who are subjected to disciplinary sanctions are not permitted to receive packages. All mail orders must be sent through the unit staff for approval. If approved, the Cashier's Office will confirm that funds are available, including postage. A cash slip is then signed by the inmate and unit staff.

**All incoming mail-order items are screened to ensure the items do not present a threat to security. Because an item is allowed to be ordered does not mean it can be received. Such disallowed items are returned at the inmate's expense.**

## MEDICAL SERVICES

The medical department is staffed by nurses who are licensed by the State of Ohio to practice nursing and doctors who are licensed by the State of Ohio to practice medicine. The department is supervised by a Health Care Administrator.

Access to medical services is made by completing a Health Service Request (HSR) form and placing it in the white box with the red cross located outside the chow hall. You will normally be seen in one or two days.

**Protective Control** inmates have a white box with the red cross located in the unit to drop off Health Service Request forms.

A Health Service Request (HSR) form must be submitted 7 days in advance to get refills on prescription medication. If no refills are left, you must sign up for nurse's sick call.

## SPECIALTY SERVICES

**Optometry Services** are provided upon referral by an Advanced Level Practitioner (ALP) when deemed medically necessary. A Snellen test shall be performed during the R&D intake process, if necessary a referral will be made at the intake physical exam by the ALP. After the intake process is complete, all eye doctor requests will be seen at Nurse Sick Call (NSC) before being referred to an ALP.

      **Protective Control Inmates** will be seen at Nurse's Sick Call then referred to the ALP, before being scheduled to see the Optometrist. They will be escorted to medical during count.

**Podiatry Services** are provided upon referral by an Advanced Level Practitioner (ALP) when medically necessary. All podiatry requests will be seen at Nurse Sick Call (NSC) before being scheduled with an ALP, the ALP will then determine if a podiatry referral is needed.

      **Protective Control Inmates** will be seen at Nurse's Sick Call then referred to the ALP, before being scheduled to see the Podiatrist. They will be escorted to medical during count.

## DENTAL CARE ACCESS

Lorain Correctional Institution has a fully-equipped dental clinic. All inmates, regardless of sentence length, are eligible for emergency and urgent dental care.

**Defendants' Exhibit A (Page 37 of 61)**

**There is no co-pay for any dental procedure, whether performed by dental staff or a nurse.**

**Dental Emergency –** Have the dorm/housing officer or any other staff person contact Inmate Health Services (IHS) as soon as possible for:

- Uncontrolled bleeding
- Broken jaw
- Big swelling and/or infection

**Urgent Dental Care -** Submit a Health Service Request (HSR) form to dental explaining your problem – watch for a pass to HSR within a day or two.

- Toothache – constant or comes and goes
- Broken tooth
- Broken denture
- Large painful cavity

**Routine Dental Care** – Submit an HSR to dental explaining your problem.  You will be placed on a list to have an examination and have your problem looked at and treated.  If you will be incarcerated a year or less, you are only eligible for urgent dental care (unless you have a chronic medical condition or severe gum problems) such as:

- Cavities
- Problems chewing
- Cleaning
- Dentures – Must have 3 years or more to serve in the DRC

> **Protective Control Inmate** requests will be scheduled by dental, inmates will be escorted to B-11 during count, unless an emergency appointment is needed.

## NUTRITION EDUCATION

You will receive diet education when referred by the physician.  The dietician will schedule you for an appointment, and you will receive a pass.

> **Protective Control Inmates** will have their appointments in housing unit 10A.

## NURSE'S / DOCTOR'S SICK CALL

**Nurse's Sick Call** is daily Monday through Friday, except holidays.  All access to medical services is by pass only, except in a true emergency.

> **Protective Control Inmates** appointments will be scheduled accordingly and patients will be seen in housing unit 10A.

**Doctor's Sick Call** is by pass only.  The nurse will see you first during Nurse's Sick Call and then schedule you an advanced level practitioner.  Individuals with chronic illnesses will automatically be

34

scheduled to be seen on a regular basis. Physical examinations (Level 2 General Population inmates only) will be scheduled per policy. A pass will be issued.

**Protective Control Inmates** appointments will be scheduled accordingly and patients will be seen in housing unit 10A.

**Protective Control Inmates** that have any x-ray appointments will be scheduled and escorted to B-11 during count.

## PILL CALL

If you are on controlled medication, you must come to the Infirmary to receive each dose of the medication during pill call. Units will be called over to the infirmary and escorted.

You must show your I.D. badge to get medication. All medication must be taken as prescribed by the doctor. All medication not taken must be returned to the Infirmary. All outdated medication is considered contraband. It is required that the medication remains in the same package that it was issued in.
Medication that you bring from another institution will be reviewed by the medical staff for continued use. Prior medication may be changed if determined medically necessary by the medical staff to properly manage the medical condition.

You must sign up for sick call to be re-evaluated for more medication(s) before any new prescriptions can be issued. Substitution of state used brand names to other brand name equivalents can and shall occur. Keep all medications locked up and never give medication to another inmate.

Anytime medical care is asked for, you are expected to show up at medical at the scheduled time. Failure to do so is considered a "no show" and may result in a conduct report for being out of place.

**Protective Control Inmates** that have controlled medication will have their medication administered in housing unit 10A Room 131.

## HEALTHCARE SERVICES CO-PAYMENT

All medical services initiated by the inmate will be assessed a $2.00 co-payment charge. A $3.00 charge will be assessed when it is determined that no emergency exists. This fee will be assessed whether the inmate requests treatment or not. No inmate will be denied medical care because of a lack of ability to pay. This assessed fee is regulated by A.R. 5120-5-13.

**The fee shall not be charged in the case of:**
- An inmate who is referred by the Healthcare staff for specific further testing or consultation.
- An inmate who receives an exempted service as listed below.

**Services exempt from co-payment charge include:**

- Intake physicals and dental examinations.
- Visits for treatment of chronic disease in regularly scheduled chronic care clinics.
- All mental health care.
- Periodic physical exams as required by departmental policy.
- TB, HIV, or Hepatitis testing and treatment.

**Defendants' Exhibit A (Page 39 of 61)**

- Laboratory tests, X-rays, and physical therapy visits except for drug tests which demonstrate the use of contraband drugs.
- Preventive health education.
- Care provided at the Infirmary, Franklin Medical Center (FMC), a community medical facility
- Oakwood Correctional Facility (OCF), or the Ohio State University Hospital following
- admission after an initial request for health care.

A copy of the Correctional Healthcare Services Co-payment policy is available in the inmate library. If you have a question in regard to the policy, you may kite the Health Care Administrator or you may ask the Institutional Inspector.

The chronic disease exemption will consist of visits to regularly scheduled chronic care clinics that may include one or more of the following:

- Cardiovascular
- Hypertension
- Diabetes
- Infectious Disease (TB, HIV, Hepatitis)
- Pulmonary Disorders
- Seizure Disorders

Inmates who are injured while performing prison work assignments will be evaluated and the injury documented by health care staff at no charge to the inmate. Likewise, use of force medical evaluations will be documented, and any injuries treated and noted will be at no charge to the inmate.

You may contest co-payment charges which you feel were made in error by sending an Informal Complaint Resolution Form to the Health Care Administrator. If you disagree with the decision of the health care administrator, you may kite the institutional inspector and get a Notification of Grievance Form to fill out and send to the inspector.


## MENTAL HEALTH SERVICES

**Upon admission,** you will receive an initial Mental Health/Recovery Services/Medical Screening and be given information on accessing mental health services.

**Within 7 days** of your arrival at the Lorain Correctional Institution, you will be contacted by mental health staff for an additional detailed screening interview and additional information regarding mental health services. The conditions of confidentiality are explained during each screening. The mental health orientation form is reviewed by unit management staff with each inmate.

Mental health services are provided at Lorain Correctional Institution by a staff of mental health professionals. Services available include:

- Short term assistance may be provided in dealing with stressful problems such as adjustment to prison, grief and loss, family problems, etc.
- Group or individual counseling as determined by mental health professionals.
- Psychological evaluations as determined by mental health professionals.
- Referral to a mental health prescriber if determined necessary for treatment with
- Medication.
- Crisis intervention and stabilization services.

**Defendants' Exhibit A (Page 40 of 61)**

- Mental health liaison contacts for inmates on the Mental Health Dept. caseload.

In an emergency situation, you should contact your unit staff or any staff member so that you may get mental health assistance as soon as possible.

**Request to see mental health services can be made through the kite system.**

Please be advised that inmate debriefing/counseling is available in the event of an inmate suicide attempt or any critical incident.

## OHIO PENAL INDUSTRIES (O.P.I.)

Ohio Penal Industries, commonly called OPI, is the manufacturing industry operated by the Department of Rehabilitation and Correction. OPI manufactures various products such as furniture, office supplies and products, and laundry/cleaning products which are used throughout Ohio state government offices and agencies. There are vocational training programs available through OPI. You will hear more on these at your parent institution.

## PAROLE BOARD

The Parole Board has three levels of staff that performs its duties. The most familiar function is its monthly release consideration hearings conducted by the Parole Board Members. These monthly hearings are conducted via video-conferencing. Parole Board Hearing Officers complete Post Release Control (PRC) Assessments and conduct field violation Hearings on offenders who are alleged to have violated one or more term of release. There are also Parole Board Parole Officers assigned to each institution who assist with multiple parole board activities including hearing preparation and transitional control screenings. They also meet with inmates who will be released to supervision to assist with the identification of programming needs and to answer questions about supervision activities. If you have any questions regarding any of the Parole Board functions, you should kite the institutional Parole Board Parole Officer.

**RELEASE CONSIDERATION HEARINGS:** Inmates who are serving indefinite sentences where release is subject to the discretion of the Parole Board will be scheduled for a hearing when statutorily eligible. Release onto parole supervision prior to the expiration of an inmate's maximum sentence is not automatic, and is solely within the discretion of the Parole Board. You will be notified in writing of your first legal eligibility date for a parole hearing within 90 days of your admission or re-admission to the institution. You will receive notice of any scheduled hearing date via institutional mail forwarded by the Parole Board Parole Officer. You should be prepared to discuss your placement plans with the Board. The Board also reviews your institutional conduct, to include programming when considering release suitability.

There is a designated day each month wherein offenders' families, representatives and/or supporters can meet with a Parole Board Member or other Parole Board staff to exchange information prior to an offender's release consideration hearing. To schedule a meeting, the interested party should contact the Parole Board at 614-752-1200 or toll–free at 1-888-344-1441. Letters of support may also be forwarded to the Parole Board at 4545 Fisher Rd-Suite D, Columbus, Ohio 43228.

Contact your Case Manager if you have not received written notice of your hearing and you believe you should be scheduled for a release consideration hearing during the given month.

37

There are several different types of hearings and/or reviews that occur including, but not limited to:
**First Hearing** - A regular parole release consideration hearing scheduled on a date on or about when the minimum sentence is served as calculated pursuant to Ohio Revised Code.

**Continued***:* A subsequent parole release consideration hearing conducted at the end of the continuance received from a previous hearing.

**Central Office Board Review (COBR)***:* The mechanism by which the Parole Board considers certain cases referred by the hearing panel that require approval of a final decision by a majority of parole board members.

**Full Board Hearing***:* A parole board hearing conducted by the parole board as described in section 5149.101 of the revised code.

Any inmate granted a release date and who is seeking an out-of-state placement upon release from the institution should be aware that out-of-state placements can take significantly longer to process than in-state placements and can ultimately be disapproved by the potential receiving state. Inmates should also develop alternative release plans to the out-of-state placements and should discuss their placement plans with their Case Managers well in advance of their release dates to ensure ample time is available to submit their requests via Interstate Compact.

**POST RELEASE CONTROL SCREENINGS:** If the crime for which you are incarcerated occurred after July 1, 1996 you may be subject to a period of supervision upon your release
from your definite sentence called post release control (PRC). PRC is mandatory for inmates convicted of sex offenses, felonies of the 1st and 2nd degree, and 3rd degree offenses of violence. PRC is discretionary for all other felonies of the 3rd degree and felonies of the 4th and 5th degree.

A Parole Board Hearing Officer will determine if you will be supervised on PRC upon the completion of your sentence. PRC screenings are conducted within 4 months prior to your release. You will receive notice of the results of this screening. The Parole Board Hearing
Officer may also impose special conditions such as substance abuse programming and the
the payment of restitution.

**SPECIAL CONDITIONS:** Special conditions of release (either parole or PRC) are imposed by the Parole Board and must be adhered to while under supervision. These special conditions include, but are not limited to: mental health screening and programming if indicated, sex offender screening and programming if indicated, and substance abuse screening and programming if indicated. Please note that if you participate in and successfully complete programming while incarcerated, you will receive credit for this participation and it can effect whether or not a special condition will be mandated while under supervision.

**TRANSITIONAL CONTROL PROGRAM:** Transitional Control involves completing the end of your sentence at a halfway house while participating in a full-time employment or education program. Your Case Manager will advise you if you meet the minimum eligibility criteria for consideration of transfer into this program. At that point, you have the option to either waive or request participation. If you request consideration to be transferred to this program, Parole Board staff will review your case to determine whether or not participation in the program will be recommended. A file review will be completed on all inmates serving an eligible SB2 sentence. This is done approximately 10 months prior to your scheduled release date and the maximum amount of time you can participate in the program is 180 days. You can still be considered for transfer into this program up to 120 days prior to your scheduled release date.

If you are an eligible SB2 inmate and are recommended for the program, a notice will be forwarded to the Judge(s) who sentenced you for the crimes for which you are currently incarcerated if serving less

38

than two years and one day of an aggregate sentence. Notice to the sentencing court is not required for an offender who has an aggregate sentence of 2 years and one day or more. If you are serving a sentence for a felony 1, 2 or 3 offense of violence, notice will also be provided to the victim(s) of your offense(s). The recommendation for transfer into the transitional control program by the Parole Board is discretionary and not automatic and is not subject to appeal.

**VIOLATION SANCTION PROCESS HEARINGS:** Violation hearings are conducted in the community at local jails or in APA Offices, or at a designated DRC Reception Center when violations of supervision occur and the supervising officer is requesting that an offender be returned to prison for the violations. At these hearings, a Parole Board Hearing Officer or Board Member will determine by a preponderance of the evidence if the violations occurred and whether or not a return to prison is appropriate.

In parole cases, if the Hearing Officer/Board Member determines that revocation of parole is appropriate, the Hearing Officer/Board Member will forward a recommendation regarding the amount of time the offender should serve before again becoming eligible for parole to the Parole Board Members. The Parole Board Members, by majority vote, will either approve or modify the Hearing Officer/Board Member's recommendation and determine the future hearing date. The decision whether or not to release a parole violator again onto parole supervision before the expiration of the maximum sentence is solely within the discretion of the Parole Board. A re-parole will not automatically occur after the offender has served the time determined by the Parole Board Members. The Parole Board must again recommend release.

In the case of a Post Release Control violator, a Hearing Officer will conduct the violation hearing and determine whether to impose a prison sanction. Any prison sanction imposed cannot exceed 9 months.

More information about the Parole Board is available at your institution library, including the Ohio Parole Board Handbook.

# PASSES

Other than group movement which is with staff escort, the Lorain Correctional Institution uses a pass system to allow inmate movement around the compound. With few exceptions you must have a pass issued to you to move about the institution. An office or department that needs to conduct business with you will request a pass to be issued to you through the Operations Department. Pass movement is conducted in 10-minute time frames at the top and bottom half of each hour excluding count and the zero movement times. Your unit officer will issue the pass to you, and you will present the pass to the staff person you are seeing. When you leave to return to your housing unit, the staff person will sign and record the time on your pass to indicate when you left. You are then to give the pass to the officer upon your return to the unit.

# PRISON RAPE ELIMINATION ACT (PREA)

It is the policy of the Ohio Department of Rehabilitation and Correction to provide a safe, humane and appropriately secure environment, free from the threat of sexual misconduct for all inmates by maintaining a program of prevention, detection, response, investigation and tracking. The Department shall maintain a zero tolerance for sexual misconduct in its institutions and in any facilities with which it contracts for the confinement of inmates.

**Defendants' Exhibit A (Page 43 of 61)**

Sexual misconduct among inmates and by staff towards inmates is strictly prohibited. All allegations of sexual misconduct and/or sexual harassment shall be administratively and/or criminally investigated.

**YOU HAVE THE RIGHT NOT TO BE SEXUALLY ABUSED OR HARASSED.**

Incidents or suspicions of sexual abuse, sexual harassment and retaliation may be reported to ANY STAFF Member:

- Verbally to ANY STAFF MEMBER
- In writing to ANY STAFF MEMBER
- Operation Support Center (614) 995-3584 (No cost to call from inmate phone)
- Outside Agency Hot Line *89 (No cost to call from inmate phone)
- Inmates in Restrictive Housing may also anonymously report sexual misconduct or retaliation by writing to:

Division of Quality – Chief Inspector's Office Ohio Department of Youth Services
4545 Fisher Road., Suite D
Columbus, Ohio 43228

Inmates shall be given the opportunity to remain anonymous upon request to the outside agency.
A Sexual Abuse or Sexual Harassment complaint may be submitted at any time, however, a timely complaint is essential to providing services and proper investigation. The Inmate Grievance procedure is not the administrative process to report allegations of Sexual Abuse or Sexual Harassment. However, any Inmate Grievance (Including ICR, NOG, and related Appeal Forms) filed regarding a compliant of Sexual Abuse or Sexual Harassment shall immediately be reported to the Institution Investigator for proper handling in accordance with ODRC Policy 79-ISA-02 (Prison Sexual Misconduct Reporting, Response, Investigation, and Prevention of Retaliation).
There will be NO retaliation for reporting incidents of sexual abuse or harassment.
Family and friends may report allegations of sexual abuse, sexual harassment and retaliation on your behalf:

- By calling (614) 995-3584
- By emailing DRC.ReportSexualMisconduct@odrc.state.oh.us

Within seven (7) days of your arrival or transfer to an institution, you will watch an Ohio Department of Rehabilitation and Correction, Prison Rape Elimination Act (PREA) education video. The video will inform you of ODRC's zero tolerance policy against sexual misconduct. The video is in English with a deaf interpreter. It also is closed caption with a Spanish outline at the end of the video. If you need additional assistance understanding anything in the PREA inmate education video or institution inmate handbook, see your unit staff.

**PREVENTION / DETECTION**

All inmates shall be screened and assessed upon admission to the Department and for all subsequent intra-system transfers. All inmates shall be assessed for risk of sexual victimization or abusiveness within seventy-two (72) hours of intake and upon transfer to another institution. These screenings shall be initiated in the PREA Risk Assessment by medical personnel during intake medical assessments and shall be completed by unit management with the seventy-two (72) hour period. No sooner than fifteen (15) days, but no longer than thirty (30) days from the inmate's arrival at any institution, the inmate shall be reassessed regarding their risk of victimization or abusiveness based upon any additional, relevant information received since that last institution's intake screening of the

**Defendants' Exhibit A (Page 44 of 61)**

inmate. Unit management shall complete the assessments. As a result of these screenings, inmates shall be assigned a PREA Classification.

The Unit Management Chief or their designees shall make appropriate housing assignments based upon PREA Classifications. The information shall be used to assist in housing, bed, work, education and programming assignments. If it is learned an inmate is subject to substantial risk of imminent sexual abuse, staff shall take immediate action to protect the inmate at risk of victimization.

Mental Health Services shall attempt to conduct an evaluation on all known inmate-on- inmate abusers within sixty (60) calendar days of learning of such history and offer treatment when deemed appropriate.

Unless otherwise precluded by Federal, State or local law, medical and mental health practitioners shall be required to report sexual abuse and to inform inmates of the practitioner's duty to report and the limitations of confidentiality at the initiation of services.

## OPPOSITE GENDER ANNOUNCEMENTS

All staff members of the opposite gender, whether assigned to the unit or not, shall make the following announcement upon their arrival in a housing unit: "Male/Female in housing unit." If at any time the staff member leaves and returns to the housing unit, the proceeding announcement shall be repeated. The announcement is only required when an opposite gender staff enters a housing unit where there is not already another opposite gender staff member present. If opposite gender staff remain in the unit during shift change, the announcement shall always be made at the beginning of each shift.

All inmate health service departments, Frazier Health Center and Franklin Medical Center Zone A shall only announce once at the beginning of each shift. Opposite gender medical staff are in these units at all times.

Once the facility installs the PREA buzzer at the entrance of each housing unit, it shall replace the verbal announcement with a unique, audible sound which shall be heard at the farthest point within the housing unit. The only exceptions will be from 10:00 pm to 8:00 am, at which time the verbal announcement shall be made instead of the use of the PREA buzzer.

## SELF-PROTECTION

Be aware of situations that make you feel uncomfortable. Trust your instincts. If it feels wrong, LEAVE!

Don't let your manners get in the way of keeping yourself safe. Don't be afraid to say "NO" or "STOP IT NOW".

Many sexual abusers choose victims who look like they won't fight back or are emotionally weak. WALK AND STAND WITH CONFIDENCE.

Avoid talking about sex and casual nudity. These things may be considered a come on or make another inmate believe you have an interest in a sexual relationship.

Placing yourself in debt to another inmate may lead to the expectation of repaying the debt with sexual favors. Do not accept commissary items or other gifts from other inmates.

Avoid secluded areas. Position yourself in plain view of staff members. If you are being pressured for sex, report it to a staff member IMMEDIATELY.

## RESPONSE

Upon report of an allegation of inmate sexual abuse, staff shall:

1. Separate the alleged victim and abuser.

2. Request the alleged victim not take any actions that could destroy physical evidence.

3. Take appropriate steps to preserve, protect and collect any evidence.

**Defendants' Exhibit A (Page 45 of 61)**

The institution shall make available for the victim a rape crisis center victim advocate if available or a qualified institution victim support person.

## TREATMENT

### Medical Services Responsibilities
Follow appropriate protocol, assuring appropriate examination, documentation, transport to the local emergency department, testing for sexually transmitted diseases, counseling, prophylactic treatment, follow-up and referral for mental health evaluation.

### Mental Health Responsibilities
Offenders referred to mental health by medical services following an allegation of sexual abuse shall be seen by an independently licensed mental health professional who shall complete further screenings or assessments consistent with Department policy.

The victim shall be offered medical and mental health evaluations and treatment as appropriate. Treatment shall be provided to the victim at no charge.

The victim shall be given access to victim advocates for emotional support, if needed, by providing them with mailing addresses and telephone numbers, including toll-free hotline numbers of Local, State or National victim advocacy or rape crisis organizations. This information shall be provided to the unit staff for communication to the inmates. Telephone calls to outside support services shall be provided in as confidential a manner as possible.

The institution shall protect all inmates and staff who report sexual misconduct or cooperate with sexual misconduct investigations from retaliation by other inmates or staff.

Emotional support services shall be offered to inmates or staff who fear retaliation for reporting sexual misconduct or for cooperating with investigations.

## MEDICAL AND MENTAL HEALTH FOLLOW-UP

If the assessment indicates the inmate is at risk or has experienced prior sexual victimization, whether it occurred in an institution setting or in the community, staff shall offer a follow-up meeting with a medical or mental health practitioner with fourteen (14) calendar days of the intake screening. This may be accomplished by the inmate requesting the service at the time of the assessment or by forwarding a kite to the medical or mental health departments.

If the assessment indicates the inmate is at risk or had previously perpetrated sexual abuse, whether it occurred in an institution setting or in the community, staff shall offer a follow-up meeting with a mental health practitioner within fourteen (14) calendar days of the intake screening. This can be accomplished by the inmate requesting the service at the time of the assessment or by forwarding a kite to the mental health departments.

## INVESTIGATIONS

All reports of sexual misconduct and retaliation shall be investigated and the findings documented in writing.

No institution shall require an inmate who alleges sexual abuse to submit to a polygraph examination or other truth-telling device as a condition for proceeding with the investigation of such an allegation.

The institution investigator shall monitor all cases of retaliation.

A final decision on all allegations of sexual misconduct shall be issued by the institution investigator within ninety (90) calendar days of the initial filing.

If ninety (90) calendar days is not sufficient to make an appropriate decision, the institution investigator may extend the decision up to seventy (70) calendar days. The inmate shall be notified in writing of such extension and provide a date by which a decision shall be made.

Following an investigation into an inmate's allegation that he or she suffered sexual abuse in an institution, the institution investigator shall inform the inmate as to whether the allegation has been determined to be substantiated, unsubstantiated or unfounded.

**Defendants' Exhibit A (Page 46 of 61)**

## PROGRAM ASSIGNMENTS

The following programs are available to address certain issues depending on current offense, history, and/or classification.

**Sex Offender Risk Reduction Center (SORRC)**

All male inmates who are designated as sex offenders at the male reception centers shall be transferred to the Sex Offender Risk Reduction Center (SORRC) at the Correctional Reception Center (CRC).  Upon completion of the program, inmates will be transferred from CRC to their parent institution.

## PROPERTY CONTROL

Sometimes it is necessary for institution staff to pack-up all your belongings.  This will be done in front of or by you, if possible, or by an institutional employee (normally a correction officer), and will include completing an Inmate Property Record-Disposition and Receipt.

After the pack-up, the officer will sign and date the Property Record, which you will also sign. Signing this form means that you agree that the listed items are an accurate inventory of all your property.

All items must fit inside your footlocker (2.4 cubic feet) including combined state issued items and personal property. Legal materials are subject to the applicable possession limits and shall be maintained within the 2.4 cubic foot property limitation. Requests for additional storage of current legal materials are to be submitted to the unit manager.  If approved, the legal materials will be kept in an assigned, secure area.  The procedure to obtain approval of additional storage for legal materials is governed by DRC 59-LEG-01. See your unit staff for details.

Items that do not have to be in the locker box are TV, titled items, state-issued bedding, coats/jackets, permitted shoes, approved legal material, and any commissary items purchased
in the last two (2) weeks. You must have your receipt or any items so noted by written memorandum.
(A.R. 5120-9-33)

Any authorized property which does not fit into the footlocker is considered contraband and may either be sent home at your expense or destroyed according to A.R. 5120-9-55.  Any property
left with another inmate is considered contraband and the inmate(s) will be subject to disciplinary action (Rule 50).  All property is inventoried, packed up, and locked in the appropriate property vault any time you are placed in Security Control, housed in the Infirmary or sent on a round trip outside the institution for any reason.

### TITLED PROPERTY

Certain personal items which inmates may have must have a certificate of ownership known as a title.  All items that must have a title, whether purchased from the Commissary, obtained in an approved package or mail order purchase, shall be kept in the package room for inspection and titling.  These items include (but are not limited to) watches, typewriters, radios, tape/CD players, MP3 and MP4 players, televisions, rings, necklace chains, and religious items.  You will get a pass to pick up the item(s) as soon as the inspection/ titling process is complete.

**Defendants' Exhibit A (Page 47 of 61)**

Any titled item that is lost or stolen must be reported to the correction officer, unit staff, or work supervisor at the time the item is discovered missing. The title for the lost/stolen item, along with a Property Theft/Loss Report completed by the staff member investigating the loss, must be turned in to the appropriate Sergeant or Unit Manager for proper handling. The vault officer is to get and keep a copy of the theft/loss property form and title as a possible aid to the recovery of that item.

You must have a titled item for **six (6) months** before you can get approval to voluntarily replace it. See your unit staff concerning items to be sent out for repairs or any titled item to be voluntarily disposed of. The item and title must be turned in to the package room officer before replacement shall be allowed.

### LEVEL 2 MENTOR AND LEVEL 2 CADRE FOOD AND SUNDRY PACKAGES

The Inmate Food and Sundry Package program is subject to our Inmate Personal Property Policy 61-PRP-01 and AR 5120-9-33. Inmates may only order and receive food and sundry packages from DRC-approved vendors.

Cadre are permitted to order up to three packages per year as follows:

| Security Level | **Total** Number of Packages Per Year | Maximum Number of Food Packages Per Year |
|---|---|---|
| Level 2-Cadre / Protective Control | 3 | 2 |
| Level 2-Mentor | 3 | 2 |

See your unit staff for catalogs and ordering information.

**Reception inmates are not permitted to order packages.**

**Reception inmates may order MP5 players but they will not be issued until the morning you leave for your parent institution.**

## QUARTERMASTER

The Quartermaster Department issues state clothing and other items as indicated below:

**Reception Issue and Protective Control Inmates:** Used: laundry bag, 2 sheets, blanket, 3 sets of blue reception uniforms and a parka when appropriate for weather conditions. New: towel, washcloth, 3 pair of socks, 3 underwear, 3 t-shirts, a pair of shower shoes and a pair of shoes. (Winter hats will only be issued if no other cover is provided per policy) A coat will be issued when appropriate for weather conditions.

**Level 2 Mentors & Level 2 Cadre:** Varies slightly from above. Special or seasonal items of issue: coveralls, jackets, gloves, hooded sweatshirt, state boots, etc., will be issued as needed for the inmate's specific job assignment and weather conditions. Issue is with the approval of the inmate's work supervisor.

The issued amounts must be maintained; linens and State Uniforms will be returned upon transfer. You will be charged for replacement for any shortage noted when you transfer to your parent institution.

44

Reception inmates must transfer with: Minimum 3 pair of socks, 3 underwear, 3 t-shirts, a pair of shower shoes and a pair of shoes or be charged to supplement to the minimum amount.

If your property is lost or stolen, ask a staff member to complete an Inmate Theft/Lost Report. **If property loss is due to your negligence, you will be charged for replacement cost(s).** Re-issue Clothing, including socks, underwear, t-shirts, shoes, towel, washcloth, State Uniforms and coats may be replaced/exchanged once every 365 days or once per year, not to exceed the normal issue. All items are done on a one-for-one basis. **You must turn in old for new.**

Issued items are not to be altered, except by the Quartermaster Dept. The number is not to be defaced in any way. You are responsible for ensuring your clothing remains labeled. Any item of state issue that is altered will be considered destruction of state property. You will be issued a conduct report and will be charged for the item.

To visit the Quartermaster, you must submit a clothing request from (available as the officer's desk) and a pass will be issued for a day and time to visit Quartermaster. You must present your I.D. badge before doing business at the Quartermaster.

The Quartermaster will try to make repairs first before an item is replaced. You may not loiter at the Quartermaster or surrounding area. Any additional institution clothing in excess of the amount issued will be considered contraband.

The Unit Correctional/Sergeant issues indigent supplies to those who qualify.

## RECORD OFFICE

The function of an institutional record office were centralized in June of 2012. Those duties are now managed under the Bureau of Records Management (BORM) that combined with the Bureau of Sentence Computation (BOSCO).

If you have questions regarding your sentence computation or release date need clarification you may write to:

**Bureau of Sentence Computation (BOSCO)**
P.O. Box 2650
Orient, Ohio 43146

If you have a detainer issue or other record office matter, you may write to:

**Bureau of Records Management (BORM)**
P.O. Box 2650
Orient, Ohio 43146

## RECOVERY SERVICES

The Recovery Services Department is staffed by licensed chemical dependency professionals who provide a comprehensive array of alcohol and other drug addiction services to inmates with substance abuse problems.

45

These services include screening, assessments, treatment planning, counseling, Intensive Outpatient Treatment, 12 Steps, Smoking Cessation, Alcoholics Anonymous, and Narcotics Anonymous, and self-help groups.

The Ohio Department of Rehabilitation and Correction has a "zero tolerance" policy on inmate drug use. Inmates will be tested for drug use in the following categories:

1. Random
2. For Cause
3. Programs
4. Saturation

Inmates testing positive for illegal substances shall be subjected to disciplinary sanctions. Inmates with substance abuse problems are encouraged to kite the Recovery Services Department to request services.

# RECREATION

Days and hours of operation for the Recreation Department are posted in the housing units.
General rules and guidelines regarding the recreation area are posted on the bulletin board in the lobby of the recreation area. Updates on recreational activities are posted in the living areas on a continuous basis.

A new schedule is posted every month. Weight lifting is NOT offered at LorCI. Any form of boxing or martial arts is prohibited by law.

A complete program of both seasonal and contest play is offered for the following: winter and summer basketball, softball and volleyball.

All sports shall be offered at different levels of play based on player ability (A League & C League). Movies shown in the recreation area are screened in accordance with department policy for appropriateness.

You are also offered recreation in the housing units. This is scheduled on a rotating basis. During inside recreation you will have the time to use the telephone, take showers, watch television, or participate in board/card games. Gambling of any kind is not allowed.

# REENTRY INITIATIVE

This is a philosophy within the Department of Rehabilitation and Correction that places an emphasis on preparing inmates for release beginning from the day of admission to the institution.
Reentry means "going home to stay."

## OHIO RISK ASSESSMENT SYSTEM (ORAS)

The ORAS Prison Screening Tool (PST), and Prison Intake Tool (PIT) are used at reception to determine an offender's risk level and needs in the following domains:

1. Education, Employment, and Financial Situation
2. Family and Social Support

**Defendants' Exhibit A (Page 50 of 61)**

3. Peer Associations
4. Neighborhood Problems
5. Substance Abuse
6. Criminal History
7. Criminal Attitudes and Behavior Patterns

The results of these ORAS assessments guide case planning, program referral and placement, and treatment intervention.

**RECEPTION INMATES**

Level 2 Cadre Mentors are housed in each reception housing unit, with the exception on 3B, to facilitate Reception Programs and assist reception inmates with a variety of pro-social, meaningful activities, such as community service, inmate led groups, recreational programs, and cultural events. You will meet with your Case Manager once you reach General Population to discuss your Reception Case Plan and be put on the list for reception programs.
Core Reception Programs available in the housing units:

- Respect
- Manage Your Energy, Do Your Time
- Ready, Set, Work
- Thinking Matters
- Anger, Power, Violence
- Money Management

Other programs available to Reception Inmates include: NA/AA, 12 Step, Yoga, Music Appreciation, Staying Safe, and Tyro Dads.

**LEVEL 2 Mentor, Protective Control & Level 2 CADRE INMATES**
Lorain Correctional Institution offers the following Reentry Approved Programs:

- Thinking for A Change
- Cage Your Rage
- Money Smart
- Inside Out Dad
- Victim Awareness
- Intensive Out-Patient Treatment
- AOD Treatment Readiness Program

In addition to these programs, there are a variety of other non-reentry programs offered at various times through Religious Services, Recovery Services, and Education Services, and Unit Management.

**APPLICATION FOR SOCIAL SECURITY CARD, BIRTH CERTIFICATE, TEMPORARY ID CARD**

You may apply for a replacement Social Security Card and/or birth certificate if needed. See your unit staff to do this. You will be responsible to pay for any fees required. Temporary release identification cards will be issued by the ID department at the time of your release.

## RELIGIOUS SERVICES

**GENERAL INVITATION**

**Defendants' Exhibit A (Page 51 of 61)**

The institution's chaplain(s) coordinates religious programs for the various religions represented in the inmate population. The chaplains are available for personal counsel, help with family matters, aid in crisis upon request, and to make rounds in all of the units of the institution on a regular basis.

## SERVICES AND PROGRAMS

Currently, Protestant, Catholic, and Islamic worship services are offered weekly. Numerous study classes are also offered weekly including Prison Fellowship, Taleem and Jumah, Jehovah's Witnesses meetings, and a variety of developmental inter-denominational/inter-faith classes.

Attendance at religious programs is by pass only. You can sign up for religious services during the intake process if you are interested in attending. Monthly schedules of services and classes are posted in the housing units and may be requested from the Chaplain's Office.

## RELIGIOUS LITERATURE

You may receive religious mail in accordance with Administrative Rule 5120-9-19. Various types of literature are also available through the Chaplain's Religious Library Center.

## RELIGIOUS PROPERTY

Inmates may receive personal property of religious nature through the mail with prior approval from the chaplain. Religious property is restricted to those items allowed and needed for the practice of the religion with which you are affiliated. Titles are issued by the institution, with the approval of the chaplain.

## DEATH NOTICES AND BEDSIDE VISITS

The institutional chaplain handles the sharing of information with inmates from family and/or friends regarding deaths and serious illnesses. Funeral trips and bedside visits and video visits are considered on a case-by-case basis. Inmate families should have their families contact the Warden's Office during normal business hours, the Shift Office after those hours. The Warden's area or the Shift Office will verify information and pass it along to the chaplain to share with the inmate. If the Chaplain is off grounds the Shift Office or Unit Staff will inform the inmate.

## CONTACTING THE CHAPLAIN

Routine requests (passes and/or appointments) should be made through the kite system. In an emergency, you may ask any staff member to contact the chaplain.

## <u>SAFETY / FIRE</u>

A resident is not permitted to store cardboard in their cells.
Watch for water or debris on walking surfaces. Report spills so they can be cleaned up.

If you see something in need of repair, report it to staff.

Fire Drills are mandated by Ohio Fire Code. When an alarm sounds, a resident will leave the building immediately unless otherwise instructed by staff.

**Defendants' Exhibit A (Page 52 of 61)**

Lorain Correctional Institution strives to keep our buildings and grounds free from insects, vermin and all unwanted pests. Occasionally, animals find their way into the compound. This includes cats, skunks, raccoons, seagulls, and pigeons. By putting out food, you are inviting these animals to forage inside the fence. DO NOT FEED THE WILDLIFE.

Any Resident found feeding wildlife inside the compound would be in violation of Rule #21, Disobedience of a Direct Order.


# UNIT MANAGEMENT STAFF

The housing units at Lorain Correctional Institution are operated under the concept of Unit Management. That is, institution staff is assigned to the housing unit to be available for you to quickly address any questions, problems, or concerns you may have.  The unit staff consists of the unit manager, case manager, secretary, correctional counselor, and correction officers.  You should address questions and problems to these individuals first.  They may not always solve your problems to your satisfaction, but it is important that you see them first.

## UNIT MANAGER

The unit manager has overall responsibility for operation of the unit.  Duties include direct supervision of unit staff, developing unit rules and policies, responding to informal complaints, approving special visits, and chairing unit committees, sanitation, safety, and security of the unit.

## CASE MANAGER

The case manager provides social services within the unit.  These include release planning, inmate programs, family issues, visiting, and records information that concerns you, your security classification, and your work assignments.  The case manager may also be able to answer a variety of general questions you may have.

## CORRECTIONAL COUNSELOR (SGT)

The correctional counselor provides direction in coping with the day-to-day operational concerns of living in prison.  Duties include regular tours of the housing unit/dorm, checking on sanitation, personal appearance, hygiene, resolving concerns, investigating complaints, inmate discipline, unit rules, property ownership, I.D.s, mail and packaging, commissary, state pay, tour inmate work assignments, serve on various committees (i.e. classification, security reviews), yard procedures, off limit areas, and fire exit procedures. Correctional counselors shall also serve as hearing officers for the unit conduct reports.

## UNIT SECRETARY

The unit secretary handles the clerical responsibilities for the unit staff.

## CORRECTION OFFICER

The correction officer (often referred to as CO or pod officer) is directly responsible for the security of the unit.  Assigned to the unit by the shift commander, the C.O. is directly supervised by the unit manager.  The C.O. enforces unit rules and policies and ensures that security as well as cleanliness and sanitation are maintained.  You should see the C.O. if you are unsure of any rules or procedures.

**Defendants' Exhibit A (Page 53 of 61)**

# <u>VISITING</u>

It is the policy of the Lorain Correctional Institution to provide a visiting operation that is safe, secure, orderly, and conducive to the inmate's rehabilitation, to create a positive atmosphere for inmates, visitors, staff, and to offer every reasonable courtesy and assistance as our security concerns allow.

Administrative Rule 5120-9-15 explains the rules governing visiting. It is your responsibility to tell your visitors of all rules, regulations, policies, and procedures related to
visiting.  The visiting schedules are posted in each housing unit.  These schedules outline the amount of visits and times of visits.  All inmates are allowed up to four (4) visitors at a time, including children who must have a separate chair to sit in.  This does not include infants/small children who may be held on a lap.

## VISITING SCHEDULE

**Reception inmates: After your eighth (8th) calendar day at** LorCI you will be permitted visits Tuesday through Friday, according to the last digit of your number.  ODD numbers visit on odd numbered calendar days and EVEN numbers visit on even numbered calendar days.
**Reception inmates may receive four (4) visits per month**, with a total of four (4) visitors at each visit. Each visitor on the visit list is allowed (2) visits per month. Reception inmates do not visit on holidays or the day following Thanksgiving.


**Level 2 Mentor, Level 2 Cadre Population and Protective Control Inmates:** May receive visitors on Saturday, Sunday and all holidays except Christmas Day and New Year's Day.

Level 2 Cadre, Protective Control and Level 2 Mentor inmates are allowed six (6) visits per month.

## GENERAL VISIT INFORMATION

**Immediate family:**  Mother, father, adoptive parents, aunt, uncle, husband, wife, children, stepchildren, grandchildren, brother, sister, step/half-siblings, grandfather, grandmother, great-grandparents, son-in-law, daughter-in-law, sister-in-law, brother-in-law, mother-in-law, and father-in-law will only be considered immediate family while the binding marital relationship is intact. Step-parents and adoptive parents may be considered within this definition when it has been verified that the inmate was raised by this individual as a result of re-marriage, death, desertion, or absences of a parent. (Verification may include, but is not limited to, marriage certificates, court decrees, adoption orders, etc.) Common-law marriages will only be approved if they are recognized by a court of law as commencing prior to October 10, 1991.

Birth certificates for your minor children must be provided on the first visit and will be copied and kept on file.

**Friends** must be at least 18 years of age. The mother of your child may visit with or without the minor child present and only if the birth certificate is on file.  If necessary, you must establish paternity.  See your unit staff for more information on this procedure.

A reentry mentor may also be named on the visitor's list. This person is a volunteer and must be affiliated with a recognized reentry program or organization and must be approved by the volunteer or reentry coordinator.

See your case manager to make changes or corrections to your visiting list.

**Defendants' Exhibit A (Page 54 of 61)**

**Level 2 Mentor, Protective Control and Level 2 Cadre:** If you request to add a visitor, the case manager must receive a stamped, addressed envelope from you, and then a visitor application will be mailed out. Upon return of the application, all information is verified and then changes will be made to the visiting list. It is your responsibility to tell a prospective visitor of an approval or denial of an application.

Visiting is not permitted until approved by the institution. The final approval/disapproval will be made on the visitor's first visit.

## VISITOR GUIDELINES

All persons entering Lorain Correctional Institution are subject to search and arrest if found to be in violation of the Ohio Revised Code 2921.36 and/or 2921.37: conveying into a correctional institution a deadly weapon, ammunition, drugs of abuse, or any intoxicating liquor. Persons so found are subject to be detained for arrest by law enforcement officials with approval of the Warden or designee.

Visitors are subject to search, including strip search, when there is reasonable suspicion that the person is conveying contraband. Refusal to submit to any search shall result in denial of visiting for that particular visiting session and may result in permanent loss of visiting privileges.

Visitors' personal items will be checked for contraband, and they must successfully pass through the metal detector before entry is approved. Visitors wearing pacemakers or defibrillators must tell the officer before entering the metal detector.

**Visitors are not permitted to bring money into the visitation room.** Debit cards are available for purchase in the entry building prior to entering visitation. **Debit cards are to remain with the visitor at all times. Visitors are no longer permitted to wear a watch of any kind into the visitation room.** Medication is not permitted. Medication must be left in a vehicle or in one of the lockers in the B-1 building. The visitor shall be escorted back to the entrance building to facilitate medications. Exceptions may be granted with prior approval (i.e. nitroglycerin pills, inhalers).

All items not allowed should be left in the visitor's automobile or stored in lockers provided in the entrance building. The institution is not responsible for items left in lockers. Lockers left locked will be opened by the institution personnel and emptied at the end of the day.

Visitors are permitted to have car keys, personal locker key, legal documents to be signed (with *prior* approval and must be returned with the visitor) and photo identification.

Visitors with babies/toddlers are permitted to have two clear plastic baby bottles, baby food (no glass), a reasonable amount of diapers, and one pacifier. Diaper wipes may be allowed if put into a clear plastic bag.

Visitors age 18 and older must produce valid photo I.D. (driver's license, passport, welfare I.D., current military I.D., state I.D., etc.) before each visit. First-time visitors will sign and receive a copy of the visiting rules. The officer shall co-sign the form and place the signature slip in the inmate's file.

Visitors who are not permitted to enter must leave the grounds. They are not permitted to wait in their car for other visitors who rode with them to exit. In cases where the visitor refuses to leave, the other parties who rode with them shall be terminated from visiting. Visitors may only be on the institutional grounds 30 minutes before and 30 minutes after visitation.

## VISITOR EXCLUSIONS

**Defendants' Exhibit A (Page 55 of 61)**

Some of the reasons a person may be excluded from visiting an inmate are:

- The visitor's presence could reasonably pose a threat to security or disrupt orderly operations of the institution.
- The visitor has a past record of disruptive conduct.
- The visitor is under the influence of drugs and/or alcohol, or possesses contraband that is prohibited by department policy and/or state law.
- The visitor refuses to submit to search, show proper identification, or is uncooperative.
- The visitor is directly related to the inmate's prior criminal behavior.
- visitor was a victim of personal injury or harm of the offender's crime, either under the current or any previous incarceration(s), unless approved by the Warden or Designee.
- The visitor will not have a positive effect on the inmate's attitude, behavior, or adjustment
- The visitor is under supervision and does not have the written permission of both the managing Officer and the Parolee's parole officer.  Offenders, including family, under supervision must have written permission from his/her parole/probation officer and approval from the Managing Officer in order to visit
- The visitor is a current or past Department of Rehabilitation and Correction employee, volunteer, or independent contractor, and has not received written authorization from the Managing Officer.
- The person is not on the approved visiting list.


## REMOVAL OF VISTOR RESTRICTIONS

- The Warden reviews all visitor restrictions and will make a decision on whether or not to remove the restriction.
- This review can only be initiated by the VISITOR wishing to have the restriction removed.
- The VISITOR is required to send a written request to the attention of the Warden's office, including their name, the offender's name, the reason/circumstances for the restriction, and an explanation for why the request is being made to remove the restriction.
- Offender kite requests and visitor telephone calls will not initiate the review process.
- Once a decision is made, the VISITOR will receive a written decision from the Warden's office.


## VISITOR DRESS GUIDELINES

The following are examples of clothing not permitted to be worn by visitors and will result in a denial of the visitor to enter the Institution:

See-through clothing, tank-tops, tube-tops, muscle shirts, bare midriff clothing, shorts, clothing with gang/club insignias or obscene gestures and/or language, form-fitting clothing, and spandex/stretch pants are not allowed.  Skirts or dresses must be to the middle of the knee.  Shirts, shoes, and appropriate undergarments, i.e. bra, slip, and underwear, must be worn.  The
visiting supervisor has the right to deny visiting to visitors who are not dressed properly.


## INMATE GUIDELINES

You are to wear the standard state-issue dress while on a visit, including underwear and socks.  You may bring a belt, wedding band and prescription glasses to the visit. You are no longer permitted to wear a watch on a visit.  You will be strip-searched before and after the visit.

52

**Defendants' Exhibit A (Page 56 of 61)**

The visit officer will seat you. You must remain in your assigned seat unless given permission by the officer to move. Inmates shall not handle the vending machine debit cards. The visitor shall remove all unconsumed items at the end of the session, and the inmate will clear the table.

You may not exchange items with your visitors without the **prior** approval of the Warden.  Legal or similar documents may be brought in (with prior approval) for inmate signature after being screened by the visiting staff.

Visitors may not leave the visiting room and return without prior approval of the shift commander.
You are generally responsible for the behavior of your visitors.  Visits may be ended in cases of loud, abrasive, disrespectful, obscene, disruptive behavior, or conduct with too much physical contact. Reasonable kissing, hugging, and holding hands that would be acceptable in all public and social settings is permitted.

## ATTORNEY VISITS

Your attorney-of-record may visit during regular visiting hours.  The attorney must be licensed in the state of Ohio.  The Warden's prior approval is needed for attorneys other than your attorney-of-record to visit.

At least one day's prior notice is required for approval to visit at times other than normal visiting hours. Visits by attorneys are monitored but conversations shall not be monitored. Private visiting rooms are provided for attorney visits whenever possible.

## CLERGY VISITS

You may identify an outside clergy member as your clergy-of-record with the institutional Chaplain. Upon your request, the chaplain will send your outside clergy a Visitor's Application (DRC 2096), which must be returned with a letter on official letterhead stating that he or she is the clergy-of-record, and must provide proof of professional certification. The institutional chaplain must approve all clergy credentials/applications.

Clergy receive two (2) visits per month during regular visiting hours. A clergy who is not listed as the clergy-of-record may be given a one-time courtesy visit with proof of professional certification.  Clergy may not leave money for inmates without prior approval of the Warden.

Clergy are not to visit other inmates in the Visiting Room or hold group meetings. Associate or staff clergy may also visit following the above procedure.

Clergy may not leave literature for an inmate or with the visiting officer.  These items may be mailed in, subject to approval.  Reception inmates are only permitted to have a book of faith and a study book. Special clergy visits during crises may be requested by you or the minister-of-record through the Warden's office and may be in addition to the two monthly visits.

## SPECIAL VISITS

Requests for a special visit must be made in writing to your case manager and contain the visitor's name, address, reason for the visit, and their relationship to you.  A Special Visit Request DRC 2466 will be forwarded to the unit manager who will either grant or deny the request.  You will be notified of the decision; should the special visit be denied; you will be informed of the reason.

**Defendants' Exhibit A (Page 57 of 61)**

The Warden or designee may grant visits for special reasons. Such special visits may be approved for hours other than those regularly scheduled for visitation, as space allows, but may not be allowed more than once in every three-month period. Reasons for a special visit include:

- Visitors who do not visit on a regular basis (at the Warden's discretion).
- Out-of-state visitors.
- Attorney-of-record and clergy-of-record.
- Parole or probation officers and those acting on behalf of a court of law.
- Psychiatrists or other mental health and social service professionals.
- Persons significant to the inmate for purposes of crisis intervention.
- Official visitors granted at the discretion of the Warden
- 

## TRANSITIONAL PROGRAM UNIT

Inmates in Restrictive Housing for pre-hearing detention or investigation shall have the same access to visitation as general population inmates unless security or safety considerations dictate otherwise. Inmates in RH as a result of an RIB disposition, SMP disposition, or security increase shall be limited to one (1) visit per visitor per month, during week days, with a two (2) hour limit. Inmates in ERH shall have their visiting privileges assigned according to DRC policy 53-CLS-04, Extended Restrictive Housing (ERH).

All inmates from the Transitional Program Unit will be restrained with hand cuffs, belly chain, and leg irons. They must be escorted to and from the visit room, and will visit in designated areas of the visiting room depending on visiting status and/or other security concerns. Food and drink are permitted on visits.

**ITEMS APPROVED FOR VISIT PICK-UP (LEVEL 2 MENTOR AND LEVEL 2 CADRE INMATES ONLY) PAROLEES, CONDITIONAL RELEASES, E.D.S AND E.S.T.**

If you are about to be released, you may have one opportunity to send your property items out on a visit. This will be no more than one (1) week before you leave. You are to bring the items to your unit staff, usually the correctional counselor.

You must prove ownership of all items being sent out (title cards, commissary slips, pack-up slips, etc.). Items shall be taken to the package room before the visit.

Packages are not permitted to be in the Visit Room. Any package not picked up at the end of the visit is mailed out at your expense.

A cash slip (signed and addressed) and an inter-office communication signed by the unit manager stating that the pick-up has been approved must be with all items being sent out on a visit. Tell your visitor to pick up the item(s) at the Entrance Building officer's desk.

**Defendants' Exhibit A (Page 58 of 61)**

# Inmate Orientation Checklist

Date of Arrival: 4-9-19

Inmate Name: Adam Evans    Number: 761-655    Institution: LorCI

## To be completed upon arrival.

- [x] Receipt of Handbook *(return after 14 days)*
- [x] Sexual Misconduct
  (Verbal information on prevention, self-protection, reporting and treatment counseling)
- [x] Verbal/Written Explanation of the Grievance System
- [x] Verbally and in writing: an explanation of how to access medical/mental health services

Staff Assistance Required:  [x] No  [ ] Yes  Staff Assigned: _____

- [ ] Language: _____
- [ ] Literacy
- [ ] ADA Accommodations - Type: _____
- [ ] Mental Health
- [ ] Other: _____

Inmate Signature: *Adam Evans*    Date: 4-9-19

Staff Signature: *Pratt*    Date: 4-4-19

## To be completed within 7 calendar days of arrival.

- [x] Inmate Disciplinary Process & Range of Penalties
- [x] Unauthorized Groups -- AR 5120-9-06 Rule 17
- [x] American Disability Acts
- [x] Safety/Sanitation
- [x] Cashier's Office/Commissary/Inmate Funds
- [x] Classification/Reclassification/Institution Transfers
- [x] Intensive Program Prison/Transitional Control
- [x] Reentry-RMT-RAP & Release Preparation & Reentry
- [x] Intro to Unit Staff/Rules/Mission
- [x] Education (Testing, Orientation)
- [x] Identification Department
- [x] Job Change Information
- [x] Offender Job Linkage
- [x] Library/Law Library
- [x] Cell Inspections/Cell Assignments
- [x] Risk Reduction Sentence
- [x] HB86/SB337/80% Judicial Release
- [x] Mental Health/Psych/Suicide Awareness Video
- [x] Inmate Grievance Procedures/Inspector
- [x] Application Process- State of Ohio identification card, social security card, birth certificate, driver's license
- [x] Explanation of Mail & Visiting Procedures
- [x] Contraband & Searches/Personal Property Limits
- [x] Medical Services & Pharmacy
- [x] Nutrition Services
- [x] Quartermaster/Clothing/Laundry
- [x] Religious Services
- [x] Recovery Services
- [x] Recreation
- [x] Ohio Revised Code 2921.36 - Prohibits drug traffic by offenders
- [x] Ohio Revised Code 2907.03 - Prohibits sexual acts with any individuals under supervision
- [x] DRC Policy 31-SEM-07 - Unauthorized Relationships
- [x] PREA Education Video
- [x] PPE/Safe Usage of Cell Cleaning Chemicals

**I hereby acknowledge that I have received Orientation on the above area from staff as indicated.**

Inmate Signature: *Adam Evans*    Date: 4-9-19

Staff Signature: *Pratt*    Date: 4-4-19

## Reception Centers Only

*\* To be completed within 5 calendar days of being permanently assigned to a reception center as a Parent Institution.*

Cadre Unit Orientation Given:  [ ] No  [ ] Yes, on _____ by _____
                                              DATE                  NAME

Other: _____ Given: [ ] No [ ] Yes, on _____ by _____
       TYPE OF UNIT                        DATE                  NAME

Inmate Signature:    Date:

Staff Signature:    Date:

DRC 4141 E (Rev. 02/16)

**Defendants' Exhibit A (Page 59 of 61)**

# Conduct Report

| Institution: LORCI | LORCI-19-001484 |
|---|---|

| Name: EVANS, ADAM J | Number: A761655 | Lock: 08/B/115T |
|---|---|---|

| Date/Offense: 04/24/2019 | Time/Offense: 05:30 AM | Location: 8B |
|---|---|---|

Rule(s) Violated: 21,26

Disobedience of a direct order; Disrespect to an officer, staff member, visitor or other inmate

## Supporting Facts (Describe what occurred and how the inmate violated the rule[s]):

At Approximately 0530am, inmate Evans(761655) disrupted count time again by complaining to Officer Pricop that I and my partner Officer Price kept shining the light in his cell. I had explained to inmate Evans that it is protocol to use a flashlight because we have to see inmates live bodies. He started yelling and saying that it was cruel and unusual punishment to do so. I told him that he has been here long enough to know that this is what happens on 3rd shift due to the lights being turned off. Inmate Evans then called me a "Bitch" and said stop shining the light or else. I told him that I will not stop and he will be written up. EOR

(Use Conduct Report Supplement sheet, if needed)

As the Charging Official, do you wish to have input into the disciplinary proceedings?  ☐ Yes  ☑ No

| Printed Name: Johnson, M | Signature: |
|---|---|
| Shift: 3rd | Days Off: Thursday, Friday | Date: 04/24/2019 |

A copy of this conduct report was
served upon the above-named inmate on: _____ April, 25 _____ 20 __19__ , at 02:53 PM .

Staff Signature:

I acknowledge receipt of the conduct report on the above stated date and time:

| Inmate Signature: | Number: A761655 |
|---|---|

**Defendants' Exhibit A (Page 60 of 61)**

# Ohio Department of Rehabilitation and Correction
# Notification of Action by Hearing Officer
# RULES INFRACTION BOARD

| Institution: LORCI | | | |
|---|---|---|---|
| Name: EVANS, ADAM J | Number: A761655 | Work: UNASSIGNED | Lock: |

The following action has been ordered by the Rules Infraction Board or the Hearing Officer.

| | From: | To: | Comments: |
|---|---|---|---|
| Recreation Restriction | | | |
| Cell / Bed Restriction | From: | To: | Comments: |
| Commissary Restriction | From: 04/25/2019 | To: 05/09/2019 | Comments: no food |
| Loss of Phone Privileges | From: | To: | Comments: |
| Extra Duty Assigned | From: | To: | Comments: |
| Other | From: 04/25/2019 | To: 05/09/2019 | Comments: no jpay |

| Hearing Officer/RIB/Designee Signature: *B.P. Wheeler* | Date: 04/25/2019 |
|---|---|

Sanctions received for Conduct Report dated 4/29/19

**Defendants' Exhibit A (Page 61 of 61)**