IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| **ADAM EVANS,** | Case No. 1:19-cv-2870 |
| Plaintiff, | Judge J. Philip Calabrese |
| -vs- | Magistrate Judge Thomas M. Parker |
| **ANETTE CHAMBERS-SMITH, ET AL.,** | |
| Defendants. | **PLAINTIFF'S NOTICE OF FILING ORDERED PRE-TRIAL INFORMATION** |

Pursuant to the Court's Order (ECF No. 57), Plaintiff Adam Evans respectfully submits the following information that the Judge has ordered him to prepare before setting a trial date:

Request for status conference

Plaintiff respectfully requests that the Court set a status conference to discuss the triable issues and assist the parties in efficient trial preparation before issuing a trail order.

Plaintiff's availability for trial

During the first half of 2023, Plaintiff is *un*available in: the month of January; the first two weeks of February; February 13, 16, and 21; February 24 until March 5; and the first three weeks of June.

Estimated time for trial

Plaintiff estimates it will take 4 hours to present his case in chief.

Prospective witness list

Plaintiff expects to call the below-listed witnesses in his case in chief. Approximate times for direct examination follow each witness's name.

Adam Evans. 1 hour.

Kirk Sessler. 30 minutes.

Robert Henthorn. 30 minutes.

Jonathan Bagley. 30 minutes.

Kevin Kinds. 30 minutes.

Patrick Kennelly. 15 minutes.

Paul Grant. 10 minutes.

Andrew Eddy. 10 minutes.

In addition to these witnesses, Plaintiff reserves the right to call any witness listed by Defendant, any witness later identified by either party, and any rebuttal or impeachment witness. Specifically, Plaintiff may call as if on cross examination Officers Corbitt, Smith, Nottingham, and/or Butch, and estimates no more than 10 minutes each.

Respectfully submitted,

FRIEDMAN, GILBERT + GERHARDSTEIN

*/s/ Elizabeth Bonham*
Elizabeth Bonham (0093733)
Attorney for Plaintiff
50 Public Square, Suite 1900
Cleveland, OH 44113-2205
Telephone: (216) 241-1430
Facsimile: (216) 621-0427
E-Mail: elizabeth@FGGfirm.com

## **CERTIFICATE OF SERVICE**

I certify that on December 20, 2022 I filed a copy of the foregoing using the Court's CM/ECF system. Notice of this filing will be sent to all registered parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

*/s/ Elizabeth Bonham*
Elizabeth Bonham (0093733)
Attorney for Plaintiff