# IN THE UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | |
|---|---|
| **ADAM EVANS,** | Case No. 1:19-cv-2870 |
| Plaintiff, | Judge J. Philip Calabrese |
| -vs- | Magistrate Judge Thomas M. Parker |
| **ANETTE CHAMBERS-SMITH, ET AL.,** | |
| Defendants. | **JOINT STATUS REPORT** |

Pursuant to the Court's January 12, 2023 Minute Order, the parties report that they have met and conferred and believe this matter is ready to be set for trial without an expert discovery period. The parties dates of availability for trial are below.

Defendant's availability for trial:

Defendant is <u>not</u> available: March 4-11, April 5-13, June 8, June 20-23, and June 26-30.

Plaintiff's availability for trial

Plaintiff is <u>not</u> available: the month of February, March 1-7, March 13, March 16, and the first three weeks of June. Plaintiff's counsel respectfully requests not to set the trial until April at the earliest.

Although the Court previously directed the parties to provide dates for the first half of 2023, because it is now later in the year, the parties respectfully submit that the month of August is also open for them but the month of July is difficult for Defendant.

Estimated time for trial

The parties estimate this will be no more than a 3 day trial.

Respectfully submitted,

FRIEDMAN, GILBERT + GERHARDSTEIN

*/s/ Elizabeth Bonham*
Elizabeth Bonham (0093733)
Attorney for Plaintiff
50 Public Square, Suite 1900
Cleveland, OH  44113-2205
Telephone:	(216) 241-1430
Facsimile:	(216) 621-0427
E-Mail:	elizabeth@FGGfirm.com

    and

DAVE YOST
Ohio Attorney General

s/ Mindy Worly
MINDY WORLY (0037395)
Principal Assistant Attorney General
Criminal Justice Section
Corrections Litigation Unit
30 East Broad Street, 23rd Floor
Columbus, Ohio 43215
Phone: (614) 728-0161; Fax: (866) 474-4985
Mindy.Worly@OhioAGO.gov
*Counsel for Defendant*

## CERTIFICATE OF SERVICE

I certify that on January 27, 2023 I filed a copy of the foregoing using the Court's CM/ECF system. Notice of this filing will be sent to all registered parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

*/s/ Elizabeth Bonham*
Elizabeth Bonham (0093733)
Attorney for Plaintiff
